PRISONER CIVIL RIGHTS COMPLAINT (Rev. 05/2015)

# IN THE UNITED STATES DISTRICT COURT
## FOR THE _Northern_ DISTRICT OF TEXAS
_____ DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

FEB 2 8 2022

CLERK, U.S. DISTRICT COURT
By_____
        Deputy

_Freddie. Monroe. Pickett #02249871_
Plaintiff's Name and ID Number
_Fort Stockton Unit 1536 IH 10 East_
_Fort Stockton Texas 79735_
Place of Confinement

v.

CASE NO. **4-22CV-154-**
(Clerk will assign the number)

_STATE OF TEXAS. 356. Fed. APPx. 756 (2009)_
Defendant's Name and Address

_(Jurisdiction APPeal on Pickett V Texas 356. Fed. APPx. 756)_

_David. W. Vernon. Assistant District Attorney / William. W. Seigan; Director_
Defendant's Name and Address
_Glenda. Rickman. Custodian of Records / TDCJ-LIB Debra. Gibb_
_Mr. Garza; Mr. Clement + Mr. Owen  Judge Terry. R. Means_
Defendant's Name and Address
( DO NOT USE "ET AL.")

## INSTRUCTIONS - READ CAREFULLY

**NOTICE:**

**Your complaint is subject to dismissal unless it conforms to these instructions and this form.**

1. To start an action you must file an original and one copy of your complaint with the court. You should keep a copy of the complaint for your own records.

2. Your complaint must be legibly handwritten, in ink, or typewritten. You, the plaintiff, must sign and declare under penalty of perjury that the facts are correct. If you need additional space, **DO NOT USE THE REVERSE SIDE OR BACKSIDE OF ANY PAGE.** ATTACH AN ADDITIONAL BLANK PAGE AND WRITE ON IT.

3. You must file a separate complaint for each claim you have unless the various claims are all related to the same incident or issue or are all against the same defendant, Rule 18, Federal Rules of Civil Procedure. Make a short and plain statement of your claim, Rule 8, Federal Rules of Civil Procedure.

4. When these forms are completed, mail the original and one copy to the clerk of the United States district court for the appropriate district of Texas in the division where one or more named defendants are located, or where the incident giving rise to your claim for relief occurred. If you are confined in the Texas Department of Criminal Justice, Correctional Institutions Division (TDCJ-CID), the list labeled as "VENUE LIST" is posted in your unit law library. It is a list of the Texas prison units indicating the appropriate district court, the division and an address list of the divisional clerks.

$\cdot ^1/_{F.M.P}$ 1

1.  In order for your complaint to be filed, it must be accompanied by the statutory filing fee of $350.00 plus an administrative fee of $50.00 for a total fee of **$400.00**.

2.  If you do not have the necessary funds to pay the fee in full at this time, you may request permission to proceed *in forma pauperis.* In this event you must complete the application to proceed *in forma pauperis*, setting forth information to establish your inability to prepay the fees and costs or give security therefor. You must also include a current six-month history of your inmate trust account. If you are an inmate in TDCJ-CID, you can acquire the application to proceed *in forma pauperis* and the certificate of inmate trust account, also known as *in forma pauperis* data sheet, from the law library at you prison unit.

3.  The Prison Litigation Reform Act of 1995 (PLRA) provides "... if a prisoner brings a civil action or files an appeal *in forma pauperis,* the prisoner shall be required to pay the full amount of a filing fee."   *See* 28 U.S.C. § 1915. Thus, the court is required to assess and, when funds exist, collect, the entire filing fee or a initial partial filing fee and monthly installments until the entire amount of the filing fee has been paid by the prisoner. If you submit the application to proceed *in forma pauperis*, the court will apply 28 U.S.C. § 1915 and, if appropriate, assess and collect the entire filing fee or an initial partial filing fee, then monthly installments from you inmate trust account, until the entire $350.00 statutory filing fee has been paid. (The $50.00 administrative fee does not apply to cases proceeding *in forma pauperis.)*

4.  If you intend to seek *in forma pauperis* status, do not send your complaint without an application to proceed *in forma pauperis* and the certificate of inmate trust account. Complete all essential paperwork before submitting it to the court.

**CHANGE OF ADDRESS**

It is your responsibility to inform the court of any change of address and its effective date. Such notice should be marked "**NOTICE TO THE COURT OF CHANGE OF ADDRESS**" and shall not include any motion for any other relief. Failure to file a NOTICE OF THE COURT OF CHANGE OF ADDRESS may result in the dismissal of your complaint pursuant to Rule 41(b), Federal Rules of Civil Procedure.

I.   PREVIOUS LAWSUITS:

   A.   Have you filed *any* other lawsuit in state or federal court relating to your imprisonment? ✓YES___NO

   B.   If your answer to "A" is "yes", describe each lawsuit in the space below.  (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, giving the same information.)

   1.   Approximate date of filing lawsuit: _____

   2.   Parties to previous lawsuit:
       Plaintiff(s) _____
       Defendant(s) _____

   3.   Court: (If federal, name the district; if state, name the county.) _____

   4.   Cause number: _____

   5.   Name of judge to whom case was assigned: _____

   6.   Disposition: (Was the case dismissed, appealed, still pending?) _____

   7.   Approximate date of disposition: _____

Rev. 05/15

II.    PLACE OF PRESENT CONFINEMENT: _Fort Stockton Unit  N 5   TDCJ_

III.    EXHAUSTION OF GRIEVANCE PROCEDURES:

Have you exhausted all steps of the institutional grievance procedure?     ✓YES   ___NO

Attach a copy of your final step of the grievance procedure with the response supplied by the institution.

IV.    PARTIES TO THIS SUIT: _now in Court of Criminal Appeal WR 62,048-05_

A. Name and address of plaintiff: _will attach two to 42 USC 1983 have Exhausted 19 "step 1" and "step 2" Grievance over "NCIC report" CR: 30536 Simple Assault Feb-23-1955 was alter to Ass Assault with a deadly weapon_

B. Full name of each defendant, his official position, his place of employment, and his full <u>mailing</u> address.

Defendant #1: _William.W. Vernon. Assistant District attorney_
_see attach Pase's 1-2-3-4 given briefly describe act's and grounds_

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

_one to six grounds_

Defendant #2: _William. W. Seigan. Director_

Briefly describe the acts(s) or omission(s) of this defendant which you claimed harmed you.

_see attach Pose's 1-2-3-4 given briefy describe acts and grounds_

Defendant #3: _Glenda. Rickman: Custodian of Records_

Briefly describe the acts(s) or omission(s) of this defendant which you claimed harmed you.

_she over looked "NCIC report"? are did she?_

Defendant #4: _Debra. Gibb: TDCJ Records and Classification. Assistant Director_
_www.tdcj.texas.gov / 936-437-6484_

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

_she took her Part in "fraud" "Conspiracy" + "organized crime"_

Defendant #5: _Circuit Judge's Garza. Clement + Owen: "Judicial Misconduct" Judge Terry. R. Means_

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

Rev. 05/15

V.   STATEMENT OF CLAIM:

State here in a short and plain statement the facts of your case, that is, what happened, where did it happen, when did it happen, and who was involved. Describe how <u>each</u> defendant is involved. <u>You need not give any legal arguments or cite any cases or statutes.</u> If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach extra pages if necessary, but remember the complaint must be stated briefly and concisely.   IF YOU VIOLATE THIS RULE, THE COURT MAY STRIKE YOUR COMPLAINT. 356.Fed.Appx.756(2009) when the Defendant's has mis-directed Opinion about law and has committed other material errors and has not corrected records. On opinion first Paragraph STATE officials altered more Government records in CR:30536 is Simple Assault. then altered more then Parole discharge April-12-2003 alter to April-12-2004; For example it was improper for a Court to use a nunc Pro tunc order to add a deadly weapon findins was never Con-templated. Plus altered Indictment CR:30536 Simple Assault. instead of Ass Assault w-a deadly Weapon was used in CR:13919 to enhancement sent ence. CR:30536 in 2004 used Same fake Indictment CR:30536 to falsely impri-sonment 2004 to Dec-2005. "Code of Conduct"

VI.   RELIEF:

State briefly exactly what you want the court to do for you.   Make no legal arguments.  Cite no cases or statutes. By the NCIC record CR:30536 Simple Assault instead Texas has altered "Ass Assault with a deadly weapon" more then 4 member's STATE officials took Part. STATE attorneys used fake Indictment CR:30536 in CR:13919 in transcript

VII.   GENERAL BACKGROUND INFORMATION: "Cowboy 1979 Ferguson Unit "Build tender TDCJ #283180
A. State, in complete form, all names you have ever used or been known by including any and all aliases. "Grinder 2004 Coffield Unit" nickname "Hawkeye" sence J.F.K shot

B. List all TDCJ-CID identificaiton numbers you have ever been assigned and all other state or federal prison or FBI numbers ever assigned to you.

283180"1979"/904639 discharge 4-12-03/1445772/2044340/new 2249871

VIII.   SANCTIONS:

A. Have you been sanctioned by any court as a result of any lawsuit you have filed? ____YES ____NO

B. If your answer is "yes," give the following information for every lawsuit in which sanctions were imposed. (If more than one, use another piece of paper and answer the same questions.)

   1.   Court that imposed sanctions (if federal, give the district and division): _____

   2.   Case number: _____

   3.   Approximate date sanctions were imposed: _____

   4.   Have the sanctions been lifted or otherwise satisfied? ____YES ____NO

.4        4

Rev. 05/15

To: The United STATES District Court
For The Northern District Of The STATE Of Texas
number: 09-10368 – Summary Calendar – Dec-18-2009

"Jurisdiction Appeal On" 356. Fed. APPx. 756 (2009)
Freddie. Monroe. Pickett. "Plaintiff- Appellant.

vs

STATE of Texas "government employee"
"listed on Page one"
"Explain" Petitioner won docket number 09-9767. "meaning"
"civil law suit, will have to be refile at Supreme Court of Texas
To: Clerk Blake. A. Hawthorne. at the Supreme Court Building, 201 West
14th Street, Room 106. Austin. Texas 78701
Website: www.TXCOURTS.GOV/cca
The U.S. Court of Appeals for the Fifth Circuit denied damages
"25 million" – 560 U.S. 930. 130 S. Ct. 3330 (mem)
176. L. Ed. 2d 1229. 78 USLW 3688: what won the docket #09-9767
the (4) four STATE officials altered more then Discharge Parole Certificate
these gentelmen and ladies of government employee Printed fake
Indictment CR: 30536 249th Judicial District Court Johnson. Co. City
Cleburne. Tx: CR: 30536 Simple Assault. 355th Judicial District Court
Hood. Co. City Granbury. Tx: on Prior Conviction used fake Indictment to
enhancement CR: 30536 Simple Assault. STATE Attorney in CR: 13919 used
fake indictment CR: 30536 Agg Assault with Deadly weapon. "Conspiracy"
Contact Court of Criminal Appeals: Clerk. Deana. Williamson WR 62-048-05
W13919-01 filed 11.07 on Hood. County Justice Center.?
Texas Dept of Public Safety//www.dps.texas.gov           J.m.P
there's "No Agg Assault with a deadly weapon" CR: 30536

.5

The UNITED STATE DISTRICT Court For The
Northern DISTRICT OF: TEXAS  WL-875050

"Plaintiff: Freddie. Monroe. Pickett          "42 USC 1983"
TDCJ#02249871
Fort Stockton Unit              Jurisdiction Appeal on
1536 IH-10 East          Pickett v Texas 356. Fed. APPx 756 (2009)
Fort Stockton Texas. 79735

          VS

STATE OF Texas: 356. Fed. APPx. 756 (2009) _ Defendants
David. W. Vernon. Assistant District Attorney
William. W. Seigan. Director:
Glenda. Rickman. Custodian OF Record's
Debra. Bibb Record's and Classification of TDCJ-CID
"Professional Misconduct" and "Judicial Misconduct" on Circuit Judges
Mr. Garza: Mr. Clement and Mr. Owen "Judges" Terry. R. Means

                    I: STATEMENT of Claim:
    Jurisdiction Appeals on Pickett v Texas 356. Fed. APPx 756 (2009)
This is a civil appeal, action authorized by 42 U.S.C Section 1983 to
redress. Cite 25 271 S.W. 3d 698 (Tex. Crim. APP. 2008)
Constitutional Law 4554 (1)
To Protect a criminal Plaintiffs rights. to a fair trial on Brier. The Due Process
clause of the Fourteenth Amendment requires the Prosecution to disclose
exculpatory and impeachment of evidence to the defence that is material
in CR: 30536 Feb-23-1995 Johnson County. City Cleburne. Tx "Simple Assault"
to either guilt or Punishment u.s.c.i.A. Const. Amend. 14
NO#09-10368  Dec-18-2009: see Background: Plaintiff was falsely imprison-
ment 2004 to Dec-2005 21 months:

                        Page. 1
                          .6

II

Jurisdiction Appeal on: Pickett V Texas 356, Fed. APPX 756 (2009)

Grounds 1: This when before Judge Terry.R. Means 2009 WL875050
Circuit Judges: Before Garza. Clement + Owen. "Moe Larry + Curly"
"Code of Conduct" failure to correct records on Plaintiff when this
42 USC 1983 was filed. and it took more then, (4) four STATE officials to
falsely Imprisonment Freddie. Monroe. Pickett TDCJ# 1445722. "Plaintiff"
was never Broked. On are about Feb-23-1995. Plaintiff caught his Com-
law wife Wendy. Bryant 713 Wilson street Burleson Tx. haveing sex
with friend. "Plaintiff" was arrested for Simple Assault CR: 30536.
STOOD before Judge Blackwell 249th Judicial District Court Johnson. Co
city Cleburne. Tx. Plaintiff received 5 years differred adJudicated
Probation. Plaintiff was revoked. Dec-27-1999 / 4 years -11 months 23 days
Discharge sentence APril-12-2003. "Plaintiff" had incident Dec-11-2003
see Johnson Co. Deputy Jink report on that day. on 2004 January.
was arrested on Class B misdermeanor. "government document's" altered
more then Parole Certificate date. APril-12-2003 altered to APril-12-2004.
Judge Wayne. Birdewell _ D. A. Dale. Hanna. Clerk. David. R. 2loyd altered
sentence Simple Assault CR: 30536 to Ass Assault with Deadly weapon.

        Under Color of STATE law. of rights secured by the Constitu-
tion of the United States. The Plaintiff has appealed Jurisdiction under
24. U.S.C. Section 1331 and 1343 (a) (3). Plaintiff's seeking declaratory
relief Pursuant to 28 U.S.C. Section 2201 and 2202. "Plaintiffs" claims
for inJunctive relief are authorized by 28 USC Section 2283

                .7    Page. 2 f.m.P

section 2283 & 2284 and Rule 65 of the federal Rules of Civil Procedure:

Grounds(2) Jurisdiction Appeals: Pickett v Texas 356 Fed.Appx 756 (2009) Jurisdiction on continued Appeals. Courts are constituted by authority and then cannot go beyond that Power delegated to them.

If they act beyond that authority, and the government employee did in 356.Fed.Appx.756 (2009), and certainly in contravention of it, their thier Judgements and orders are regarded as nullities; they are not void-able but simply void. and this even Prior to reversal."
Williamson v Berry. 8 How. 945. 540 12 L.ED.1170, 1189 (1850)

Grounds(3) "Once "Jurisdiction Appeal" is challenged in 356.Fed.Appx.756 - (2009) the court cannot Proceed when it clearly appears that the court lacks Jurisdiction. the circuit Judges of this court has no authority to reach merits. but rather should dismiss the action." Melo v u.s 505 F.2d 1026

Ground(4): This court must Prove on the records. all Jurisdiction facts related to the Jurisdiction asserted." Jatana v Hopper. 102 F.2d 188: Chicago v New York 37 F.Supp.150:

Grounds(4): On Pickett v Texas 356 Fed.Appx.756 (2009) "Defendants" and Circuit Judges only told ½ half the Truth to District Judge Terry. R. Means. "Plaintiff" was falsely Inprisonment 21 month 2004 to Dec-2005! and it took more then (4) STATE officials to achieve this "false imprisonment" "Plaintiff" or "Defense" of lack of Jurisdiction over the subject matter may be raised at any time. even on appeal. Hill Top Developers v Holiday Pines Service Corp. 478 So.2d. 368 (Fla 2nd DCA 1985)

Page.3

.8

Ground's(s): on Writ 1/07 6//3919 — 1 2 Prisoner ask the Court of Criminal Appeals W13919-01 — WR 62-048-05 this court to vacate, set aside, or correct sentence on "Pickett v Texas 356.Fed.APPx.756" if the sentence was imposed in violation of Pbintiff "Constitution Rights" or law's of the United States or these Court's was without Jurisdiction to impose such sentence with Jury trial. STATE attorney's misleading Juror's in CR.13919: "Criminal Law ᵒᵐ 1992" for Pbintiff. to succeed in showing a "Brady violation". an individual must show that.(1) the evidence is favorable to the accused because it is exculpatory or impeachment; (2). the evidence was suppressed by the government employee or person's acting on the government's behalf. either inadvertently or willfully and (3).! the suppression of the evidence resulted in Prejudice; i.e. materiality 3; In the Brady context. evidence is materail to guilt or Punishment only if there is a reasonable Probability that. had the evidence been disclosed to the defense. the result of the Proceeding would have been different in Jury trial CR:13919. a "reasonable Probability" is a Probability sufficient to undermine confidence in the outcome!

Grounds'6' "Pbintiff" was inform by "Law firm in Dallas.Tx (PLRA) The Prison Litisation Reform Act with helt information from TDCJ Records & Classification Debra. Gibb. and after fineing out Truth some stood on government employee altering CR:30536 Simply Assault she also took Part in CR:30536 false imprisonment 2004 to Dec —2005. What took Place "Organized Crime" "Fraud" "Conspiracy"

Page. 4 j.m.P

.9

Prayer For Relief: Wherefore "Plaintiff" respectfully prays that the Court enter Judgement granting Appeal on Jurisdiction"

A declaration that the acts and omissions described herein Violated Plaintiff's rights under the Constitution and Laws of the United STATES. a Preliminary and Permanent injunction ordering "Defendants" David. W. Vernon — William W. Seisan — Glenda. Rickman. Rissi. Owens to correct Plaintiff criminal records to read as the "NCIC report" National Crime Information Center. Pickett has no Ass Assoult with deadly weapon on CR: 30536. apearantly these incompendant fool couldnt alter Freddie. Monroe. Pickett "NCIC records" Clerk Tonna. T. Hill CR: 13919 STATE Exhibit #10 to Jury trial NCIC report X'ed out showing Simple Assoult instead of Aggravated Assoult with a deadly weapon: on Transcript CR: 13919: also Correct F. Supp. 2d: 2008 WL 4056157

need to correct F. Supp. 2d: 2009 WL 899769

need to correct F. Supp. 2d. 2009 WL 875050

need to correct 326 Fed. Appx 304. 2009 WL 1532040

need to correct Pickett V TDCJ-CID F. Supp. 2010 WL 4955781

there 5 more 42-usc-1983 Defendants need to stop the "Conspiracy" "Fraud" "Organized Crim" You Boyeez and girls need to clean out Your STOCK Yards: Compensatory damages in the amount of 25 million each Defendants in above cases do 21 months in Federal Prison This would enslaved Moe. Jerry and Lucly Circuit Judges Garza. Clement + Owen. so broke hearted over Terra. R. Means ▓▓▓▓

Plaintiff Request Jury trial CR: 13919 apologize to Jury and witness

Page. 5 J. m. P

.10

PRAYER FOR Relief"

Compensatory damages on 2004 Judge Wanner. Birdewell 249th. CR:30536
called TDCJ-CIA warden on Coffield Unit on 2004. when striaght to the
"Glasshouse. where with in 48 hours, had nose put on the right side
of my face. was kicked 5x with steal toe boots, all with in 48 hours.
Work at wielding shop, in and out. stab 11x. raped in trustee showers.
between 2004 to Dec-2005 21 month, of falsely imprisonment. it took
was more then (4) four STATE officials to falsely altered CR:30536
Indictment chargsing two Courts of federal offence tampering with
government records were sufficient Records + Classification Debra. Gibb
put her(2) two cent in with along with. Chairman of Classification and
Records Dara. Burson: TDCJ Bryan. Collier. Debra. Gibb www.tdcj.texas.gov
talk about some people in government employee well now Pickett was
falsely imprisoned. beaten and rape" lost 9 to 11 teeth in 48 hours.
"Orsanizied Crime" these government employee be releaved of duties.
with No benefits: STOP the Cover-up + Conspiracies against fellow
American. Am one". In ten thousand this has happened to in the lower court
system. stop organization's like the STATE BAR OF Texas license trash like
to abuse the poor and mentaly retarded. after the physical and emotional
damages bcing "stabbied" "raped" it take years to overcome the abuse. from
the Great STATE OF Texas youve loved so much. STATE BAR of Texas
Teach and cover for government employee. Thenve become nothin, but
Insuranc Compliant Company for STATE attorney's + STATE officials
abuseing STATE of Texas "poor" and "mentaly retarded"

                    Pase. 6 y.m.p

                .11

PRAYERS FOR RELIEF

Plaintiff Freddie.Monroe.Pickett a/k/a Freddy.monroe.Pickett

Request for Jury trial on Opinion Pickett vs STATE OF Texas

356 Fed.APPx.756:2009 U.S.APP.Lexis 27904

No.09-10368 Summary Calendar

December -18-2009, Filed:

Also additional relief is to have TDCJ-CID Correct Record's on

"Plaintiff" has no Aggravated Assault with a deadly weapon on NCIC

records. TDCJ-CID administration dose.as if id when to Court

Feburary -23-1995 CR:30536 Simple.Assault!

Date: ____February 17th 2022_____

Respectfully submitted: ____Freddie Monroe Pickett_____

"Verification"

Freddie.Monroe.Pickett a/k/a: Freddy Monroe.Pickett, Never when to 249th

Judizial District Court. Johnson.County.City.Cleburne. Tx on the 29th

of December.1999. the enhancement Paragraph one [Tx Pen Code.sec.-

12:35 Indictment CR:30536. Convict that don: Ass Assault w/Deadly

weapon."PreJustice" Pecsum by two Courts 6 Page's additional relief

    I have read the foregoing complaint and hereby verify that the

matter's alleged therein are true, except as to matter's alleged on infor-

mation. and. as to these, I believe them to be true. I certify under

Penalty of Perjury that the foregoing is True and correct

FROM: Freddie.Monroe.Pickett TDCJ#02249871: ____Freddie Monroe Pickett_____

Fort Stockton Unit 1536 IH 10 East

Fort Stockton Texas. 79735

Page.7 F.m.P

. 12 F.m.P

...residing Judge. Sharon. Keller or Clerk. Deana. Williamson  WR.62.048-05
...presiding Judge. Sharon. Keller. TX.COURTS.GOV/CCA
and to the (8) Eight members of "Your Court's." "Code of Criminal Procedure"

Ive been informed Art. 21.011 Filing of Charging Instrument or Related
Document in Electronic Form: (b) if: Clerk Deana. Williamson haint already (+)
the clerk. David. R. Lloyd of the 249th Judicial District Court is able to display or
otherwise make the document CR. 30536 Simple Assault Feb-23-1995 signed
by Judge Blackwell in available online already in electronic form. Phone
Photograght awaiting the "sicheds" to try to altered CR. 30536. available to Public
at no charge: Clerk David. R. Lloyd "(ATC) access to borrow court transcripts CR. 30536
and Indictment CR. 30536 is Simple Assault. subject "Postage and Duty for Court
Transcripts and Documents from Johnson. Co. L. to Cleburn. Tx also "NCIC"
"Plaintiff" has review them online; What is Clerk. Deana. Williamson Problem's?

Art. 28.05 Quashing indictment in felony" and both Court's will be helt
accountabile for "Professional Misconduct" and "Judicial Misconduct" seeing "How
STATE attorneys in CR. 13919 and CR. 30536 and STATE administration's mishandled
CR. 13919 and fake indictment CR. 30536 in cases CR. 13919 of felony be sustained.
and the Honorable Judge Sharon. keller with release "Plaintiff" and to Proceeding after
on Damage; from STATE attorney's and STATE administration's for letting this go on.
an on Art. 28.061 Discharge for Delay: The settlement claim will be with Mr. John. Ken"
the 7 thousand 500ᵉᵈ dollar's Bid to attorney Richard. Hattox. he will Be defendent
on that day: Plaintiff's bench warrant to 355th Judicial District Court and
relessed on are before January -31-2022: after review online them Johnson. Co
boyzz and the Hood. Co boyzz dont have a leg to stand on: Please contact Mr. Ken
on "Plaintiff" release and the settlement on Pickett claim: Sincerely

Freddie Monroe Pickett  Jan-27-2022

F.m.P

Page. 8

. 13   (Page 1 of 2)

(2) two Page Indictment CR:13919 stamped filed Sep-06-2017

Clerk. Tonna. Trumble. Hill declare herself in Black & White. there was

NO COCAINE. STATE witness. Deputy. Mr. Spencer. Batchelor testify to

Jury and to witnesses there was no cocaine found on "Plaintiff"

or Cathryn Thomas aka "Kat" working girl. see Page 39 of transcript

CR:13919. the only idem found was glass Pipe. belong to "Kat". No D.N.A

of Plaintiffs in "Paraphernalia". No D.N.A testing in transcript CR:13919

"No Picture" no Photograft of Cocaine. "why" their was none to Photograft.

first enhancement Paragraph [Tx Penal Code. sec. 12.35(C)] CR: 30536

STATE attorney's. Robert. Christain. Ryan. Sinclear. David. Tucker. was Paid to

to convict a innocent men with bad criminal history. Defendant

attorney Richard. Hattox told Plaintiff to sign "True" I Paid Hattox
                                                            f.m.p
7 thousand 500 dollar's to have case dismissed. Grand Juror's

were mislead and lied to. "NCIC report" CR: 30536 Simple Assault

on Wendy. Bryant. I see "Professional misconduct" and Judicial

Misconduct with Judge R. Walton and New Judge. Bryan. T. Bufkin

Plaintiff Request be bench warrant back to Hood. Co City Granbury. Tx

with all of Jury & witnesses. for the STATE of Texas to apologize

to Juror's + witnesses. the 7500⁰⁰ be Paid to "Plaintiff" not 3rd

Party. all can out of Plaintiff disability check. will seek damage

through Mult Millionair law firm Mr. John. Ken. was witness

at the 355th Judicial District. Request 21 month sentence to all Hood. Co

in STATE Jail. Plus damages.

attach is two letter Motion's to
Johnson. Co. City Cleburne. Tx

Freddie Monroe Picknell

Jan -27- 2022

Page 9 f.m.p                    . 14                    . Page 2 of 2

United STATE District Court

For the northern District of STATE Of Texas

"Cowtown" Fort Worth Division

on Page(10) ten Indictment number CR:13919 "Filed" Sept-06-2017
355th Judicial District of Texas: showing false information in two Parts.
there was no cocaine. for Plaintiff to be convict of, on Page 39 two(2)
Hood. Co Deputies testify No cocaine found on Plaintiff to be convicted.
Robert. French "lied" to Grand Jury about test result. none in transcript
CR:13919. "PreJustice" Perjury by STATE attorney's in CR:13919  J.m.P

"Jurisdiction Appeal": Pickett v Texas 356. Fed. Appx 756 (2009) Plaintiff
Defendants + circuit Judge's failure to correct records. Plaintiff was
falsely imprisonment December 29 -2004 to Dec 2005. on Feburary. 23 -1995:
Pickett took Simple Assault CR:30536. Differred Adjudicated Probation on Simple
Assault CR:30536 (5) five Year Probation "No Parole". Discharge April-12-2003:
249th Judicial District Court, Johnson. County, City Cleburne, Tx: STATE
officials did more than altered "Parole discharge" "they" STATE OFFICIALS"
altered crim CR:30536 Simple. Assault instead of Assaulated Assault
with Deadth weapon: "Pickett "has No Assaulated Assault charge on "NCIC-
Report" as you can see on this document Enhancement Paragraph
[Texas Penal Code, Sec.12.35(d) ] STATE attorney's in Hood. County used
fake Indictment CR:30536 to enhancement of sentencing. "Misleading"
the grand Jurors for the county of Hood. STATE OF TEXAS.

On Feburary-23-1995 under Judge Blackewall I Plead No contest
on simple Assault CR:30536 on Wendy. Bryant 713 willson street
Burleson. Tx: see Police report or better Transcript CR:30536 Feb-23-1995

. 15 J.m.P

INDICTMENT NO. ___CR13919___

**FILED**

SEP 0 6 2017

355TH JUDICIAL DISTRICT OF TEXAS

*Donna Trumble Hitt*
Tonna Trumble Hitt
Clerk District Court, Hood County, Texas

| | |
|---|---|
| STATE OF TEXAS | OFFENSE: POSS. CS UNDER 1 GRAM |
| VS. FREDDIE MONROE PICKETT<br>AKA: FREDDY MONROE PICKETT | DEGREE: HABITUAL |
| DATE OF BIRTH: 11-14-1956 | SOC. SEC. NO. 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 |
| TRN NO. 9156875010 | SID NO. 02165573 |
| DATE FILED: 9-6-2017 | STATE'S WITNESS: Spencer Batchelor |
| AMOUNT OF BAIL: $5,000.00 | STATE'S ATTORNEY: Robert Christian |

∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎

## IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:

The Grand Jurors for the County of Hood, State of Texas, duly selected, impaneled, sworn, charged, and organized as such at the July Term 2017, of the 355th Judicial District Court of Hood County, Texas, upon their oaths present in and to the Court that on or about the 14th day of June, 2017, and before the presentment of this indictment, in Hood County, Texas, FREDDIE MONROE PICKETT, AKA: FREDDY MONROE PICKETT, Defendant, did then and there intentionally or knowingly possess a controlled substance, namely Cocaine, of less than one gram including any adulterants and dilutants,

## ENHANCEMENT PARAGRAPH ONE [Texas Penal Code, Sec. 12.35(c)]

and it is further presented in and to said Court that prior to the commission of the primary offense by the said FREDDIE MONROE PICKETT, AKA: FREDDY MONROE PICKETT, on the on the 29th day of December, 1999, in the 249th District Court of Johnson County, Texas, in cause number 30536, the said FREDDIE MONROE PICKETT, AKA: FREDDY MONROE PICKETT was

Page 10

8

16

convicted of a felony, to wit:  Agg Asslt W/Deadly Weapon, and the said conviction became final prior to the commission of the primary offense,

### ENHANCEMENT PARAGRAPH TWO [Texas Penal Code, Sec. 12.42(d)]

and it is further presented in and to said Court that prior to the commission of the primary offense by the said FREDDIE MONROE PICKETT, AKA: FREDDY MONROE PICKETT, on the 7th day of December, 2015, in the 396th District Court of Tarrant County, Texas, in cause number 1371913D, the said FREDDIE MONROE PICKETT, AKA: FREDDY MONROE PICKETT was convicted of a felony, to wit:  Failure To Comply With Sexual Offender Registration Requirements, and the said conviction became final prior to the commission of the primary offense,

### HABITUAL COUNT ONE [Texas Penal Code, Sec. 12.42(d)]

and it is further presented in and to said Court that prior to the commission of each of the offenses set out above in the enhancement count, the said FREDDIE MONROE PICKETT, AKA: FREDDY MONROE PICKETT, on the 28th day of June, 2007, in the 294th Judicial District Court of Van Zandt County, Texas, in cause number CR06-00333, the said FREDDIE MONROE PICKETT, AKA: FREDDY MONROE PICKETT was convicted of a felony, to wit:  Indecency W/Child Exposes, and the said conviction became final prior to the commission of each of the offenses set out above in the enhancement count,

### HABITUAL COUNT TWO [Texas Penal Code, Sec. 12.42(d)]

and it is further presented in and to said Court that prior to the commission of each of the offenses set out above in the enhancement count, the said FREDDIE MONROE PICKETT, AKA: FREDDY MONROE PICKETT, on the 28th day of June, 2007, in the 294th Judicial District Court of

Date: January-26-2022! To! Supervior to access to Court 'ATC'

" Special Correspondence  Page 3 states. is in any mailing sent to or from
"Special Correspondence" seeking Postage to Court Documents and
Transcripts: on Case CR:30536 Feburary-23-1995

District Clerk David. R. Lloyd.

249th Judicial District Court Justice Center. 2

North Main street Cleburn.Tx. 7603! Johnson. County

Inmate: Freddie. Monroe. Pickett TDCJ#02249871 is "Indigent" seeking
releif on Postage to and from: unknow-weight of Documents: _____?
seeking transcript CR:30536 and Indictment CR: 30536
was simple Assult on Wendi. Berard at 713 Willson St Budeson.Tx
on are about Feb-23-1995. also "Police report".

Request: To "ATC" access to court" Supervior at TDCJ.

Inmate gives authorizes the TDCJ to deduct the appropriate funds from
his account. for the Purpose to receive and returning Court records:
Request is to barrow Transcript CR:30536 and Indictment CR:30536
also "Police Report" from. District Clerk. David. R. Lloyd

Guinn Justice Center 204 South Buffalo Ave ste 206
P.O. Box 495 Cleburne.Tx 76033-0495   Sincerely
                                        Freddi Pickett

.18 J.m.A

Date: Januarn -27-2022! To: District of Clerk. David. R. Floyd

SiTTH Judicial District Court Justice Center CR:30536
Justice Center 2. North Main Street. Cleburne. Tx 76031:

Freddie. Monroe. Pickett TDCJ. Prisoner #02249871. On are about Februarn. 23-1995
stood before Honorable Judge Blackewell 5 year Probation Differred adjudi-
cated Probation. "No attorney" "Special Correspondent" is this Court's Clerk.
is any mailins sent to or from a "Special Correspondent"
after 4 years -11 months -23 days. Probation officer Mike. Hanna. was to
walk. Pickett over to Judge Wanne. Birdewell and release Pickett form
differred adjudicated Probation 5 year's on simple Assault CR:30536
on Wenda. Bryant 713 Willson St Berluson. Tx: "Prisoner" is seekins
Transcript CR:30536 / Indictment CR:30536 / Police report
Inmate may request to borrow transcripts CR:30536 and Indictment —
CR:30536 and attach "Police report" of incident on are before Feb-23
1995. No Responce from (ATC) are above Clerk CR:30536

also to: Clerk. Deana. Williamson WWW.TXCOURTS.GOV/CCA
RE: Pickett. Freddie. Monroe. a/k/a Freddy. Monroe. Pickett vs STATE OF TEXAS
eSR.62.048-65 - W13919-01 / CCA#. PD-0701-20 COA#02-15-00090-CR
Trial Court # CR:13919 _ W13919-1 used fake Indictment CR:30536 to
enhancement of Jury sentenceing! In the 355th Judicial District Court
Hood. County. city Granbury. Tx CR:13919. also No responce from the 11.07
file Dec-2021 or mailed out of this Fort. Stockton Unit at TDCJ.

Date! January -27-2022! Sincerely: Freddi Monroe Pickett

.13 y.m.l                              .19

# *United States Court of Appeals*
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE,
Suite 115
NEW ORLEANS, LA 70130

January 24, 2022

Mr. Freddie Monroe Pickett
#02249871
Fort Stockton Unit
1536 JH-10-East
Fort Stockton, TX 79735

Dear Mr. Pickett,

I am returning your petition, complaint or other papers for the following reason(s):

This court has no jurisdiction to grant the requested relief without a formal appeal. You may file a notice of appeal in the U.S. District Court.

This is a court of limited jurisdiction. This means we can only act on cases which have been filed and decided in a U. S. District Court, or an agency within this circuit.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Monica R. Washington, Deputy Clerk
504-310-7705

Enclosure(s)

. 20 f.m.P

Date: January-17-2022  To: Clerk  Dale.W.Cance

United State Court of Appeals

Fifth Circuit: man-24-2010

Petitioner file 28 usc-2254 was file in 2009 at TDCJ Jordan Unit

docket number: 09-9767. In the hand writen 28 usc-2254 their was

Placed "NCIC report" Pickett v Texas 560 U.S. 930 (2010)

Case 356 Fed. Appx. 756 was denied by the Fifth Circuit Court of appeals

But: Clerk  Deana. Williamson is investigaten, "WS13919-01"-"WR.62,048-05"

there a "NCIC record" inside 28 usc-2254 showing Simple Assault

Febuary-23-1995 CR:30536. This is on Trial Jury Case CR:13919

Hood.County. City Granburn.Tx

Re: Pickett.Freddie.Monroe. a/k/a Freddy.Monroe.Pickett

CCA #. PD.0701-20       CoA Case # 02-19-00090-CR

Trial Court: CR:13919. STATE attorney's and state official's used Indidment

CR:30536 altered not stamped nor sealed. STATE attorney's used altered

Indictment CR:30536 Agg Assault with deadly weapon. Feb-23-1995

transcript sign by Judge Blackwell. Freddie. Monroe. Pickett Pro-se

Request: Fifth Circuit Court of appeals notify electronicaly Clerk. Deana.

Williamson file record 28 usc-2254 so she may look at 28-usc-2254

falsely imprisonment 21 months. 28 usc-2254 docket # 09-9767 will have

to be refile Supreme Court "Civil" Buildins. 201 West 14th street. Room. 106

Austin.Tx website WWW.TX.courts.Gov/cca. talk about "fuck up" Thank God

for the STATE OF Texas. their STATE attorney's and Government employee

fixen to count them millions. I saddle the hourse horse. John. Key

law firm fixen to ride him. He's a mult millionair I wonder why?

Freddie Monroe Pickett

IN THE UNITED STATES DISTRICT COURT
FOR THE _____ DISTRICT OF TEXAS
_____ DIVISION

Freddie.Monroe.Pickett
TDCJ#02249871
Plaintiff's name and ID Number

Fort Stockton Unit 1536 IH-10 East
Fort Stockton Texas 75735
Place of Confinement

CASE NO. W13919-01/WR.62.048-05
(Clerk will assign the number)

V.

Freddie.Monroe Pickett
TDCJ# 02249871
Fort Stockton Unit 1536 IH-10-East
Fort Stockton Texas 79735
Defendant's name and address

**APPLICATION TO PROCEED
IN FORMA PAUPERIS**

I, Freddie.M.Pickett , declare, depose, and say I am the Plaintiff in the above entitled case. In support of my motion to proceed without being required to prepay fees, costs, or give security therefor, I state because of my poverty, I am unable to pay in advance the filing fee for said proceedings or to give security for the filing fee. I believe I am entitled to relief.

I, further declare the responses which I have made to the questions and instructions below are true.

1.  Have you received, within the last 12 months, any money from any of the following sources?

    a.  Business, profession or from self-employment?          Yes ☐   No ☒
    b.  Rent payments, interest or dividends?                   Yes ☐   No ☐
    c.  Pensions, annuities or life insurance payments?         Yes ☐   No ☐
    d.  Gifts or inheritances?                                  Yes ☐   No ☐
    e.  Family or friends?                                      Yes ☐   No ☐
    f.  Any other sources?                                      Yes ☐   No ☐

    If you answered **YES** to any of the questions above, describe each source of money and state the amount received from each during the past 12 months.

    _____

    _____

2.  Do you own cash, or do you have money in a checking or savings account, including any funds in prison accounts?

              Yes ☐          No ☒

    If you answered **YES** to any of the questions above, state the total value of the items owned.

    _____

    _____

1

☆ATCIFP (REV. 9/02)

22

3.  Do you own real estate, stocks, bonds, note, automobiles, or other valuable property, excluding ordinary household furnishings and clothing?

Yes ☐       No ☑

If you answered **YES**, describe the property and state its approximate value.

_____

_____

I understand a false statement in answer to any question in this affidavit will subject me to penalties for perjury. I declare (certify, verify, or state) under penalty of perjury that the foregoing is true and correct (28 U.S.C. §1746).

Signed this the ___14___ day of _Januar y_ , 20_22_.

_Freddi Monroe Pickett_ 02249871
Signature of Plaintiff                              ID Number

**YOU MUST ATTACH A CURRENT SIX (6) MONTH HISTORY OF YOUR INMATE TRUST ACCOUNT. YOU CAN ACQUIRE THE APPROPRIATE INMATE ACCOUNT CERTIFICATE FROM THE LAW LIBRARY AT YOUR PRISON UNIT.**

☆ATCIFP (REV. 9/02)

CSIN1B02/C1N1B02      TEXAS DEPARTMENT OF CRIMINAL JUSTICE
1N0K/MA00167                 IN-FORMA-PAUPERIS DATA                    01/14/22
TDCJ#: 02249871 SID#: 02165573 LOCATION: FORT STOCKTON     INDIGENT  14:36:12
NAME: PICKETT,FREDDIE MONROE            BEGINNING PERIOD: 07/01/21    DTE: 03/20/19
PREVIOUS TDCJ NUMBERS: 00283180 00904639 01445772 02044340
CURRENT BAL:        0.00 TOT HOLD AMT:         0.00 3MTH TOT DEP:        7.64
6MTH DEP:           9.34 6MTH AVG BAL:         0.00 6MTH AVG DEP:        1.56

| MONTH | HIGHEST BALANCE | TOTAL DEPOSITS | MONTH | HIGHEST BALANCE | TOTAL DEPOSITS |
|-------|-----------------|----------------|-------|-----------------|----------------|
| 12/21 | 1.10            | 1.68           | 09/21 | 0.00            | 0.00           |
| 11/21 | 0.00            | 0.00           | 08/21 | 1.70            | 1.70           |
| 10/21 | 5.96            | 5.96           | 07/21 | 0.00            | 0.00           |

STATE OF TEXAS COUNTY OF Pecos
ON THIS THE 14th DAY OF January 2022, I CERTIFY THAT THIS DOCUMENT IS A TRUE,
COMPLETE, AND UNALTERED COPY MADE BY ME OF INFORMATION CONTAINED IN THE
COMPUTER DATABASE REGARDING THE OFFENDER'S ACCOUNT. NP SIG: Edna J. Kincaid
PF1-HELP PF3-END ENTER NEXT TDCJ NUMBER: _____ OR SID NUMBER: _____



Edna J. Kincaid
ID# 132333036
Notary Public, State of Texas
My Commission Expires
1/17/2024
Notary Without Bond

24

ATC-060 (Rev. 7)
Attachment 2
COURT OF A

## NOTICE
## OFFENDER NOTARY PUBLIC SERVICE

Under both Federal law (28 U.S.C § 1746) and State law (V.T.C.A. Civil Practice & Remedies Code, §132.001-132.003), offenders incarcerated in Texas may use an unsworn declaration under penalty of perjury in place of a written declaration, verification, certification, oath, or affidavit sworn before a Notary Public.

In a request for Notary Public service, each offender must explain why an Unsworn Declaration is insufficient before Notary Public service will be provided.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

*An example of an unsworn declaration pursuant to State law is as follows:*

"My name is <u>Freddie    Monroe    Pickett</u> my date of birth is <u>NOV-14-1956</u>
              (First)      (Middle)     (Last)

and my inmate identifying number, is <u>02249671</u>. I am presently incarcerated in

<u>Fort Stockton Unit</u> in <u>Ft-Stockton 1536 IH-10-East</u>
       (Corrections unit name)                          (City)
<u>Paso         Texas         79735</u>. I declare under penalty of
(County)      (State)      (Zip Code)

perjury that the foregoing is true and correct.

Executed on the <u>14</u> day of <u>January</u>, 20<u>22</u>. <u>Freddie Monroe Pickett</u>
                                                              (Offender Signature)

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

*An example of an unsworn declaration pursuant to Federal law is as follows:*

I <u>Freddie.Monroe Pickett</u> (insert offender name and TDCJ number), being presently incarcerated in _____ (insert TDCJ unit name), in
<u>PSD</u> County, Texas, declare under penalty of perjury that the foregoing is true and correct.

Executed on the <u>14</u> day of <u>January</u>, 20<u>22</u>. <u>Freddie Monroe Pickett</u>
                                                              (Offender Signature)

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## NOTICE
## NOTARY PUBLIC SERVICE DENIAL

Regarding your request for Notary Public service, insufficient justification was provided necessitating Notary Public service. However, you may proceed with an Unsworn Declaration.

<u>Dana H. Kincaid</u>                              <u>1/14/22</u>
(Signature – Notary)                              (Date)

25.

OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS   FILE COPY
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

STATE OF TEXAS
PENALTY FOR
PRIVATE USE

ZIP 78701   $ 000.31⁸
02 4W
0000376979 NOV 29 2021

**11/19/2021**
**PICKETT, FREDDIE MONROE - Tr. Ct. No. W13919-01**          **WR-62,048-05**
On this day, the application for 11.07 Writ of Habeas Corpus has been received
and presented to the Court.

Deana Williamson, Clerk

FREDDIE MONROE PICKETT
COFFIELD UNIT - TDC # 1445772
2661 FM 2054
TENNESSEE COLONY, TX 75884

CMIWNAB 75884

---

** PRST FCM 02/02/22 752 **

OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS   FILE COPY
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

STATE OF TEXAS
PENALTY FOR
PRIVATE USE

ZIP 78701   $ 000.31⁸
02 4W
0000372106 FEB 01 2022

**1/26/2022**
**PICKETT, FREDDIE MONROE AKA PICKETT, FREDDY MONROE    Tr. Ct. No.**
**W13919-01**                          **WR-62,048-05**
On this day, this Court has dismissed applicant's "MOTION TO DISCOVERY
EVIDENCE OLD & NEW...".

Deana Williamson, Clerk

FREDDIE MONROE PICKETT
FORT STOCKTON UNIT - TDC # 2249871
1536 E IH 10
FORT STOCKTON, TX 79735

AIZWAAB 79735

# Texas Department of Criminal Justice

## STEP 1 — OFFENDER GRIEVANCE FORM

Pickett, Freddie

OFFICE USE ONLY

Grievance #: 2 0 2 2 0 1 7 3 1 4

Date Received: OCT 1 4 2021

Date Due: 11·23·21

Grievance Code: 707

Investigator ID #: I 2599

Extension Date: _____

Date Retd to Offender: OCT 2 5 2021

Offender Name: Pickett, Freddie, Monroe    TDCJ # 02249871

Unit: Coffield    Housing Assignment: P-1-C-108

Unit where incident occurred: Coffield Unit Law Library

Supervisor Mullinax - % Mostly - male % no name tas?

You must try to resolve your problem with a staff member before you submit a formal complaint. The only exception is when appealing the results of a disciplinary hearing.

Who did you talk to (name, title)? Notarize and Certified mail on 11.07   When? Oct-12-2021

What was their response? Pickett is indisent 7° certified mail, Not her money tax payer

What action was taken? she refussed to Notarize 11.07, she did neather

State your grievance in the space provided. Please state who, what, when, where and the disciplinary case number if appropriate

See: Freddie, Monroe, Pickett a/k/a Freddy, Monroe, Pickett VS STATE OF TEXAS No.12-19-00090-cr, April-30-2020, on Clerk's Memorandum opinion becase because Pickett filed a Pro-se response Picketts counsel's "withdrawn" sence Hutchin's Unit Supervisor or % Marshall wouldnt Notarize Motion's Petition's, Clerk refused response a unsworn del Declaration was attached to each Motion, when Notary sign & stamps Motion it became a document and STATE In the United STATE of Ame— that has it own government unsworn Declarationo will not be honnored, Same with Supervisor Mullinax 11.07 3(C) state in black & white to have 11.07 sent by Certified mail or have it Notary, Because of the Corruption in STATE OF Texas law for Example Freddy, Monroe, Pickett TDCJ#904639 was falsely — imprisoned 2004-Nov-2005 Judge Wayne, Birdewell had me sent striaght here see 356 Fed.Appx.756 I file Petition 28 usc-2254 for writ of certiovari to the Unit State Court of Appeal s for the Fifth Circuit Denied Pickett twenty five (25) million dollar's, but Pickett won docket #09-9767, ? has to be refiled at STATE OF TEXAS Supreme Court Civil case Now. I have 10 case's against the STATE of TEXAS like Pickett V. S/awson 325.Fed.Appx.304 (2009) West Jaw can not publication in books in the Fed-Reporter, because STATE OF Texas "Perjury" their self in Black & white No.08-10900 June-2-2009, talk about put your boots on, dont wont to step in any Cow prop nstice - or Cow Poopoo, and Please contact the D.P.S office in Austin, Tx & Correction and clarification (NCIC Report) Pickett has No Ass assault with a deadly weapon on NCIC re report

.27 7.ml

11.07 was mail from Coffield Unit 2nd library and glued By Supervior Mallinax She or her staff deliver to Coffield mail Room to be mail out To: District Clerk Tonna.Tumble.Hitt

355th Judicial District Court Hood. Justice Center 1200 West Pearl Street (on 10-13-2021) Granbury Texas 76048

Texas Department for Public Safty state By mail TDCJ has the same Computer at TDCJ 2nd library, where the NCIC report is Please Correct T.D.C.J Record; 30536 is simple Assault
Thank You

**Action Requested to resolve your Complaint**

Would like certified letter from this mailroom that 11.07 was mail off Oct-13 -2021 to above address + for Supervior to esther(Notary) or Certified my m.

**Offender Signature:** _Freddie Mann Pachel_   **Date:** _Oct-13-2021_

**Grievance Response:**

An investigation has been conducted. The Law Library does not notarize 11.07 forms. Inmates may write or type unsworn declaration, which is accepted by the courts. Inmates incarcerated in the Texas Department of Criminal Justice (TDCJ) may use an unsworn declaration under penalty of perjury of a written declaration, verification, certification, oath, or affidavit sworn before a notary public. Inmates requesting notary public services must explain in their request why an unsworn declaration will not be sufficient for the document to proceed. Otherwise, notary public service will be denied.

No further action will be taken at this time

**Signature Authority:** _DS Warden DeLapp_   **Date:** _10/22/21_

If you are dissatisfied with the Step 1 response, you may submit a Step 2 (I-128) to the Unit Grievance Investigator within 15 days from the date of the Step 1 response. State the reason for appeal on the Step 2 Form.

**Returned because:**      *Resubmit this form when the corrections are made.

☐ 1.  Grievable time period has expired.
☐ 2.  Submission in excess of 1 every 7 days. *
☐ 3.  Originals not submitted. *
☐ 4.  Inappropriate/Excessive attachments. *
☐ 5.  No documented attempt at informal resolution. *
☐ 6.  No requested relief is stated. *
☐ 7.  Malicious use of vulgar, indecent, or physically threatening language. *
☐ 8.  The issue presented is not grievable.
☐ 9.  Redundant, Refer to grievance #_____
☐ 10. Illegible/Incomprehensible. *
☐ 11. Inappropriate. *

**UGI Printed Name/Signature:** _____

**Application of the screening criteria for this grievance is not expected to adversely Affect the offender's health.**

**Medical Signature Authority:** _____

**I-127 Back** (Revised 11-2010)

<table>
<tr><td colspan="2" align="center">**OFFICE USE ONLY**</td></tr>
<tr><td>Initial Submission</td><td>UGI Initials:_____</td></tr>
<tr><td colspan="2">Grievance #: _____</td></tr>
<tr><td colspan="2">Screening Criteria Used: _____</td></tr>
<tr><td colspan="2">Date Recd from Offender: _____</td></tr>
<tr><td colspan="2">Date Returned to Offender: _____</td></tr>
<tr><td>**2nd Submission**</td><td>UGI Initials:_____</td></tr>
<tr><td colspan="2">Grievance #: _____</td></tr>
<tr><td colspan="2">Screening Criteria Used: _____</td></tr>
<tr><td colspan="2">Date Recd from Offender: _____</td></tr>
<tr><td colspan="2">Date Returned to Offender: _____</td></tr>
<tr><td>**3rd Submission**</td><td>UGI Initials:_____</td></tr>
<tr><td colspan="2">Grievance #: _____</td></tr>
<tr><td colspan="2">Screening Criteria Used: _____</td></tr>
<tr><td colspan="2">Date Recd from Offender: _____</td></tr>
<tr><td colspan="2">Date Returned to Offender: _____</td></tr>
</table>

**Appendix F**

_Back side of step 1_
_F.m.p_

| | OFFICE USE ONLY |
|---|---|
| | Grievance #: 2022017314 |

**Texas Department of Criminal Justice**

# STEP 2   OFFENDER GRIEVANCE FORM

UGI Recd Date: 11-8-21

HQ Recd Date: NOV 15 2021

Date Due: 12-18-21

Offender Name: Freddie Monroe Pickett   TDCJ # 02249871

Grievance Code: 707

Unit: Coffield N5   Housing Assignment: C-108

Investigator ID #: 10720

Unit where incident occurred: Coffield Law Library under

Extension Date:

Supervior Mullinax over the "NCI ...rt" certified

Date Retd to Offender:

mail and refussing to Notorize M  ...or Petition's

*You must attach the completed Step 1 Grievance ... has been signed by the Warden for your Step 2 appeal to be accepted. You may not appeal to Step 2 with a Step . that has been returned unprocessed...*

Give reason for appeal (Be specific).   *I am dissatisfied with the response at Step 1 because...*

at the bottom of step 1 Grievance form TDCJ Record's + Classification has me listed CR:30536 out of Johnson.Co. City Cleburn Tx 1995 simple assault.? why did TDCJ.Records + Classification altered government documents to Agg assault with a deadly weapon on NCIC report "showing simple assault on CR:30536, read page 121 4 chapter Rules governing offender's acress to the court threw law libraries, this is over Freddie Monroe Pickett criminal history (ATC) Supervior Mullinax stating the need for the item as well as justification for a legal accommodation Pickett has request by I-60 to Law Library on Coffield Supervior Mullinax, stated we dont do that here? the Director Mr.Steven McCraw www.dps.texas.gov ask for 13$$ sence Im indigent, he returns back to TDCJ Law Library capability as Texas Dept. of Public Safety. I would like two copies of criminal history to attach to Motion or Petition this violation of due process and equal protection under the fourteenth amendment of the United State's and article one (1) section (3) three of Texas Constitution and this pro-long time in Court - statute of limitation's is on 356 Fed.Appx 756 May-24-2010 #09-5767 Pickett was falsely imprison 2004 to Nov-2005 see: Pickett v Texas 356 Fed Appx 756 Dec-18-2009 where D.A altered discharge paperwork. Ive ask our God to do all invold the same way on earth + heaven. Cruel + unsual punishment is when Law library file's to photocopy requested paperwork to court, Pickett filed Pro-se #02-19-000 90-cv

YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM   (OVER)

I-128 Front (Revised 11-2014)

sence C/o Marshall would notary Motion's - Petition Pickett has sent approximately 22 letter's "Not so. sence TDCJ wouldnt Notary Motion's - Petition's because of incompendents like

- 28

Cotfield Unit Law Library Superior Mullinax once a Motion or
Petition's when a becomes a Document's unsworn Declaration
not worth the Paper it has been writen on. then we have S/O Mosely
if she read some of the Law book's on Rules and Regulations
Unsworn Declaration can not be sent in on 1/8 or 1/4 sheet of
Paper. Please contact Sara, Burson and or Debra, Gibb and clear off record
on the Ass assault with a Deadly weapon. and apologize to the Courts
and to Me. See: NCIC Report Sincerely

**Offender Signature:** _Freddi Monroe Pickett_                    **Date:** _Nov-5-2021_

**Grievance Response:**

Step 1 has addressed your complaint. Notary Public service is provided in accordance with
ATC-060. The 11.07 court form is not required to be notarized. According to the 11.07
court form instructions, #9, "You must verify the application form by signing either the
appropriate Unsworn Declaration or the 'Oath Before a Notary Public,' which are at the end
of this form." No further action is warranted.

J. Pegoda, Program Administrator
Access to Courts, Counsel and Public Officials

**Signature Authority:** _Jeania Pegoda_                    **Date:** _December 13, 202_

**Returned because:**      *Resubmit this form when corrections are made.*

☐ 1. Grievable time period has expired.
☐ 2. Illegible/Incomprehensible. *
☐ 3. Originals not submitted. *
☐ 4. Inappropriate/Excessive attachments. *
☐ 5. Malicious use of vulgar, indecent, or physically threatening language. *
☐ 6. Inappropriate. *

**CGO Staff Signature:** _____

| OFFICE USE ONLY | |
|---|---|
| **Initial Submission** | **CGO Initials:**_____ |
| Date UGI Recd:_____ | |
| Date CGO Recd:_____ | |
| (check one) ____Screened ____Improperly Submitted | |
| Comments:_____ | |
| Date Returned to Offender:_____ | |
| **2nd Submission** | **CGO Initials:** _____ |
| Date UGI Recd:_____ | |
| Date CGO Recd:_____ | |
| (check one) ____Screened ____Improperly Submitted | |
| Comments:_____ | |
| Date Returned to Offender:_____ | |
| **3rd Submission** | **CGO Initials:**_____ |
| Date UGI Recd:_____ | |
| Date CGO Recd:_____ | |
| (check one) ____Screened ____Improperly Submitted | |
| Comments:_____ | |
| Date Returned to Offender:_____ | |

Back side of
Step 2
.28 7mp

**I-128 Back** (Revised 11-2014)

FREDDIE MONROE PICKETT, Plaintiff-Appellant, v. STATE OF TEXAS; DAVID W. VERNON, Assistant District Attorney; WILLIAM W. SEIGAN, Director; GLENDA RICKMAN, Custodian of Records; RISSI OWENS, Defendants-Appellees.

UNITED STATES COURT OF APPEALS FOR THE FIFTH CIRCUIT

356 Fed. Appx. 756; 2009 U.S. App. LEXIS 27904

No. 09-10368 Summary Calendar

December 18, 2009, Filed

Notice:

**PLEASE REFER TO FEDERAL RULES OF APPELLATE PROCEDURE RULE 32.1 GOVERNING THE CITATION TO UNPUBLISHED OPINIONS.**

**Editorial Information: Subsequent History**

US Supreme Court certiorari denied by Pickett v. Tex., 2010 U.S. LEXIS 4227 (U.S., May 24, 2010)

**Editorial Information: Prior History**

{2009 U.S. App. LEXIS 1}
Appeal from the United States District Court for the Northern District of Texas. USDC No. 4:08-CV-00594.Pickett v. Texas, 2009 U.S. Dist. LEXIS 28053 (N.D. Tex., Apr. 2, 2009)

**Counsel**         FREDDIE MONROE PICKETT (# 1445772), Plaintiff - Appellant, Pro se, Pampa, TX.

**Judges:** Before GARZA, CLEMENT, and OWEN, Circuit Judges.

Opinion

{356 Fed. Appx. 757} PER CURIAM: *

Freddie Pickett, a Texas state prisoner, appeals the district court's dismissal of his complaint seeking relief under 42 U.S.C. § 1983. Pickett, proceeding pro se and *in forma pauperis,* sued the State of Texas and four officials for problems connected with his parole release date. Pickett alleges that the defendants conspired together to alter documents to change his parole discharge date from April 2003 to April 2004. He contends that as a result, he was falsely imprisoned for 21 months. The district court dismissed his complaint on statute-of-limitations grounds.

We review the district court's dismissal of a prisoner's complaint under 28 U.S.C. § 1915(e)(2)(B)(ii) for failure to state a claim de novo. 1 To avoid dismissal for failure to state a claim, a plaintiff's {2009 U.S. App. LEXIS 2}complaint must plead enough facts to "state a claim to relief that is plausible on its face." 2 A district court may *sua sponte* dismiss a complaint under § 1915 if it is clear from the complaint that the claims are time-barred. 3

{356 Fed. Appx. 758} Because there is no federal statute of limitations for § 1983 claims, the forum state's personal-injury limitations period applies. 4 In Texas, the relevant limitations period is two years. 5 Federal law, however, governs when Pickett's claims accrued. 6 Under federal law, a § 1983

B05_11CS                                  1

© 2021 Matthew Bender & Company, Inc., a member of the LexisNexis Group. All rights reserved. Use of this product is subject to the restrictions and terms and conditions of the Matthew Bender Master Agreement.

claim accrues "when a plaintiff knows or has reason to know of the injury which is the basis of the action." 7

The district court correctly determined that Pickett's claims are time-barred. Pickett filed his complaint on October 3, 2008, and thus his claims would be timely only if they accrued {**2009 U.S. App. LEXIS 3**}on or after October 3, 2006. Pickett alleges that his parole discharge date was altered in documents during a July 15, 2004 parole hearing and in a March 29, 2005 affidavit. The allegations provide no suggestion that Pickett did not know of the purported alterations until on or after October 3, 2006, and moreover, Pickett acknowledges that he contacted a clerk with the Texas Court of Criminal Appeals about the alleged alterations on August 5, 2005. In addition, Pickett has presented no plausible argument as to why the statute of limitations should have been tolled, and we have found no grounds for equitable tolling in the complaint.

Pickett's appeal is without arguable merit and is DISMISSED as frivolous. 8 The district court's dismissal of Pickett's complaint and this court's dismissal of this appeal count as two strikes for purposes of 28 U.S.C. § 1915(g). 9 Because Pickett has previously received two strikes as a result of this court's dismissal of his appeal in *Pickett v. Slawson,* 10 he is therefore barred from proceeding *in forma pauperis* in any civil action or appeal filed while he is incarcerated or detained in any facility unless he is under imminent danger of serious physical {**2009 U.S. App. LEXIS 4**}injury. 11

* * *

APPEAL DISMISSED; 28 U.S.C. § 1915(g) BAR IMPOSED.

**Footnotes**

*

Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.
1

*Harris v. Hegmann,* 198 F.3d 153, 156 (5th Cir. 1999).
2

*Ashcroft v. Iqbal,* 129 S. Ct. 1937, 1949, 173 L. Ed. 2d 868 (2009) (quoting *Bell Atl. Corp. v. Twombly,* 550 U.S. 544, 570, 127 S. Ct. 1955, 167 L. Ed. 2d 929 (2007)) (internal quotation marks omitted).
3

*Moore v. McDonald,* 30 F.3d 616, 620 (5th Cir. 1994).
4

*Harris,* 198 F.3d at 156-57.
5

TEX. CIV. PRAC. & REM. CODE § 16.003(a).
6

*Harris,* 198 F.3d at 157.
7

*Id.* (internal quotation marks and citation omitted).
8

© 2021 Matthew Bender & Company, Inc., a member of the LexisNexis Group. All rights reserved. Use of this product is subject to the restrictions and terms and conditions of the Matthew Bender Master Agreement.

. 30

*See* 5TH CIR. R. 42.2; *Howard v. King,* 707 F.2d 215, 219-20 (5th Cir. 1983).
9

*See Adepegba v. Hammons,* 103 F.3d 383, 388 (5th Cir. 1996).
10

326 Fed. App'x 204 (5th Cir. 2009).
11

*See* 28 U.S.C. § 1915(g).

B05_11CS                                          3

© 2021 Matthew Bender & Company, Inc., a member of the LexisNexis Group. All rights reserved. Use of this product is subject to the restrictions and terms and conditions of the Matthew Bender Master Agreement.

C. Has any court ever warned or notified you that sanctions could be imposed? _____ YES _____ NO

D. If your answer is "yes," give the following information for every lawsuit in which a warning was issued. (If more than one, use another piece of paper and answer the same questions.)

1. Court that issued warning (if federal, give the district and division): _____

2. Case number: _____

3. Approximate date warning was issued: _____

Executed on: _2-17-22_
DATE

_____

_Freddi M Pickett_
(Signature of Plaintiff)

## PLAINTIFF'S DECLARATIONS

1. I declare under penalty of perjury all facts presented in this complaint and attachments thereto are true and correct.

2. I understand, if I am released or transferred, it is my responsibility to keep the court informed of my current mailing address and failure to do so may result in the dismissal of this lawsuit.

3. I understand I must exhaust all available administrative remedies prior to filing this lawsuit.

4. I understand I am prohibited from brining an *in forma pauperis* lawsuit if I have brought three or more civil actions or appeals (from a judgment in a civil action) in a court of the United States while incarcerated or detained in any facility, which lawsuits were dismissed on the ground they were frivolous, malicious, or failed to state a claim upon which relief may be granted, unless I am under imminent danger of serious physical injury.

5. I understand even if I am allowed to proceed without prepayment of costs, I am responsible for the entire filing fee and costs assessed by the court, which shall be deducted in accordance with the law from my inmate trust account by my custodian until the filing fee is paid.

Signed this _____17th_____ day of _Feb_ , 20 _22_ .
(Day)          (month)          (year)

_____

_Freddi M Pickett_
(Signature of Plaintiff)

**WARNING: Plaintiff is advised any false or deliberately misleading information provided in response to the above questions may result in the imposition of sanctions. The sanctions the court may impose include, but are not limited to, monetary sanctions and the dismissal of this action with prejudice.**

_32_

Rev. 05/15

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE _____ DISTRICT OF TEXAS**
**_____ DIVISION**

Freddie.Monroe.Pickett
TDCJ# 02249871
Plaintiff's name and ID Number

Fort Stockton 1536 IH 10 East
Fort Stockton Texas 79735
Place of Confinement

CASE NO._____
(Clerk will assign the number)

V.

Freddie.Monroe.Pickett #02249871
Fort Stockton 1536 IH 10 East
Fort Stockton Texas 79735
Defendant's name and address

**APPLICATION TO PROCEED**
**IN FORMA PAUPERIS**

I, Freddie.M.Pickett, declare, depose, and say I am the Plaintiff in the above entitled case. In support of my motion to proceed without being required to prepay fees, costs, or give security therefor, I state because of my poverty, I am unable to pay in advance the filing fee for said proceedings or to give security for the filing fee. I believe I am entitled to relief.

I, further declare the responses which I have made to the questions and instructions below are true.

1.  Have you received, within the last 12 months, any money from any of the following sources?

    a.  Business, profession or from self-employment?       Yes ☐   No ☑
    b.  Rent payments, interest or dividends?                Yes ☐   No ☑
    c.  Pensions, annuities or life insurance payments?      Yes ☐   No ☑
    d.  Gifts or inheritances?                               Yes ☐   No ☑
    e.  Family or friends?                                   Yes ☐   No ☑
    f.  Any other sources?                                   Yes ☐   No ☑

    If you answered **YES** to any of the questions above, describe each source of money and state the amount received from each during the past 12 months.

    _____
    _____

2.  Do you own cash, or do you have money in a checking or savings account, including any funds in prison accounts?

    Yes ☐        No ☑

    If you answered **YES** to any of the questions above, state the total value of the items owned.

    _____
    _____

1

, 33

3.  Do you own real estate, stocks, bonds, note, automobiles, or other valuable property, excluding ordinary household furnishings and clothing?

Yes ☐          No ☑

If you answered **YES**, describe the property and state its approximate value.

_____

_____

**I understand a false statement in answer to any question in this affidavit will subject me to penalties for perjury. I declare (certify, verify, or state) under penalty of perjury that the foregoing is true and correct (28 U.S.C. §1746).**

Signed this the ____*17th*____ day of ___*February*___, 20 *22* .

_____          *2249871*_____
Signature of Plaintiff                              ID Number

**YOU <u>MUST</u> ATTACH A CURRENT SIX (6) MONTH HISTORY OF YOUR INMATE TRUST ACCOUNT.  YOU CAN ACQUIRE THE APPROPRIATE INMATE ACCOUNT CERTIFICATE FROM THE LAW LIBRARY AT YOUR PRISON UNIT.**

```
CSINIB02/CINIB02      TEXAS DEPARTMENT OF CRIMINAL JUSTICE        02/17/22
1N0K/MA00167                 IN-FORMA-PAUPERIS DATA               14:16:29
TDCJ#: 02249871 SID#: 02165573 LOCATION: FORT STOCKTON   INDIGENT DTE: 03/20/19
NAME: PICKETT,FREDDIE MONROE          BEGINNING PERIOD: 08/01/21
PREVIOUS TDCJ NUMBERS: 00283180 00904639 01445772 02044340
CURRENT BAL:        0.00 TOT HOLD AMT:        0.00 3MTH TOT DEP:        4.58
6MTH DEP:          12.24 6MTH AVG BAL:        0.00 6MTH AVG DEP:        2.04
MONTH HIGHEST BALANCE TOTAL DEPOSITS    MONTH HIGHEST BALANCE TOTAL DEPOSITS
01/22      1.80             2.90        10/21      5.96             5.96
12/21      1.10             1.68        09/21      0.00             0.00
11/21      0.00             0.00        08/21      1.70             1.70
```

STATE OF TEXAS COUNTY OF Pecos
ON THIS THE 17th DAY OF February ,2022, I CERTIFY THAT THIS DOCUMENT IS A TRUE,
COMPLETE,AND UNALTERED COPY MADE BY ME OF INFORMATION CONTAINED IN THE
COMPUTER DATABASE REGARDING THE OFFENDER'S ACCOUNT. NP SIG: Edna J. Kincaid

PF1-HELP PF3-END ENTER NEXT TDCJ NUMBER: _____ OR SID NUMBER: _____



Edna J. Kincaid
ID# 132333036
Notary Public, State of Texas
My Commission Expires
1/17/2024
Notary Without Bond

## NOTICE
## INMATE NOTARY PUBLIC SERVICE

Under both Federal law (28 U.S.C § 1746) and State law (V.T.C.A. Civil Practice & Remedies Code, §132.001-132.003), inmates incarcerated in Texas may use an unsworn declaration under penalty of perjury in place of a written declaration, verification, certification, oath, or affidavit sworn before a Notary Public.

In a request for Notary Public service, each inmate must explain why an Unsworn Declaration is insufficient before Notary Public service will be provided.

*******************************************************************************
*An **example** of an unsworn declaration pursuant to **State law** is as follows:*

"My name is <u>Freddie Monroe Pickett</u> my date of birth is <u>Nov-14-1956</u>,
  (First)        (Middle)      (Last)

and my inmate identifying number, is <u>02249871</u>. I am presently incarcerated in

<u>Fort Stockton</u> in <u>Fort Stockton</u>
   (Corrections unit name)              (City)
<u>Pecos</u>        <u>Texas</u>        <u>79735</u>. I declare under penalty of
 (County)        (State)      (Zip Code)

perjury that the foregoing is true and correct.

Executed on the <u>17th</u> day of <u>Feb</u>, 20<u>22</u>. <u>Freddi M Pickett</u> "
                                            (Inmate Signature)

*******************************************************************************
*An **example** of an unsworn declaration pursuant to **Federal law** is as follows:*

I <u>Freddie Monroe Pickett</u> (insert inmate name and TDCJ number), being presently incarcerated in <u>Fort Stockton</u> (insert TDCJ unit name), in <u>Fort Stockton</u> <u>Pecos</u> County, Texas, declare under penalty of perjury that the foregoing is true and correct.

Executed on the <u>17th</u> day of <u>Feb</u>, 20<u>22</u>. <u>Freddi M Pickett</u> "
                                            (Inmate Signature)

*******************************************************************************

## NOTICE
## NOTARY PUBLIC SERVICE DENIAL

Regarding your request for Notary Public service, insufficient justification was provided necessitating Notary Public service. However, you may proceed with an Unsworn Declaration.

<u>Edna J. Kincaid</u>                    <u>2 | 17 | 2022</u>
   (Signature - Notary)                        (Date)

ATC-060                                      03/2021

<u>38</u> F.M.P.

PRISONER'S CIVIL RIGHTS COMPLAINT (Rev. 05/2015)

# IN THE UNITED STATES DISTRICT COURT
## FOR THE _Northern_ DISTRICT OF TEXAS
### _____ DIVISION

Freddie Monroe Pickett #02249871
Plaintiff's Name and ID Number

Fort Stockton Unit 1536 JH-10-East
Fort Stockton Texas 75735
Place of Confinement

Jurisdiction Appeal
Pickett V Texas 356. Fed. Appx 756
(2009)

CASE NO._____
(Clerk will assign the number)

v.

STATE OF Texas: 356. Fed. Appx. 756 (2009) Judge Terry. R. Means's
Defendant's Name and Address
David. W. Vernon. Assistant District Attorney / William. W. Seigan: Director
501 West 10th Street Room 310 "Cowtown" Fort Worth Tx 76102-3676
Defendant's Name and Address
Glenda. Rickman: Custodian of Record; / TDCJ-CID Debra. Gibb
Circuit Judge's Garza: Clement ! Owen #09-10368 Dec 18-2009
Defendant's Name and Address
( DO NOT USE "ET AL.")

---

## INSTRUCTIONS - READ CAREFULLY

**NOTICE:**

**Your complaint is subject to dismissal unless it conforms to these instructions and this form.**

1. To start an action you must file an original and one copy of your complaint with the court. You should keep a copy of the complaint for your own records.

2. Your complaint must be legibly handwritten, in ink, or typewritten. You, the plaintiff, must sign and declare under penalty of perjury that the facts are correct. If you need additional space, **DO NOT USE THE REVERSE SIDE OR BACKSIDE OF ANY PAGE.** ATTACH AN ADDITIONAL BLANK PAGE AND WRITE ON IT.

3. You must file a separate complaint for each claim you have unless the various claims are all related to the same incident or issue or are all against the same defendant, Rule 18, Federal Rules of Civil Procedure. Make a short and plain statement of your claim, Rule 8, Federal Rules of Civil Procedure.

4. When these forms are completed, mail the original and one copy to the clerk of the United States district court for the appropriate district of Texas in the division where one or more named defendants are located, or where the incident giving rise to your claim for relief occurred. If you are confined in the Texas Department of Criminal Justice, Correctional Institutions Division (TDCJ-CID) , the list labeled as "VENUE LIST" is posted in your unit law library. It is a list of the Texas prison units indicating the appropriate district court, the division and an address list of the divisional clerks.



**FILING FEE AND *IN FORMA PAUPERIS* (IFP)**

1.  In order for your complaint to be filed, it must be accompanied by the statutory filing fee of $350.00 plus an administrative fee of $50.00 for a total fee of **$400.00**.

2.  If you do not have the necessary funds to pay the fee in full at this time, you may request permission to proceed *in forma pauperis.* In this event you must complete the application to proceed *in forma pauperis*, setting forth information to establish your inability to prepay the fees and costs or give security therefor. You must also include a current six-month history of your inmate trust account. If you are an inmate in TDCJ-CID, you can acquire the application to proceed *in forma pauperis* and the certificate of inmate trust account, also known as *in forma pauperis* data sheet, from the law library at you prison unit.

3.  The Prison Litigation Reform Act of 1995 (PLRA) provides "... if a prisoner brings a civil action or files an appeal *in forma pauperis,* the prisoner shall be required to pay the full amount of a filing fee."  *See* 28 U.S.C. § 1915. Thus, the court is required to  assess and, when funds exist, collect, the entire filing fee or a initial partial filing fee and monthly installments until the entire amount of the filing fee has been paid by the prisoner. If you submit the application to proceed *in forma pauperis*, the court will apply 28 U.S.C. § 1915 and, if appropriate, assess and collect the entire filing fee or an initial partial filing fee, then monthly installments from you inmate trust account, until the entire $350.00 statutory filing fee has been paid. (The $50.00 administrative fee does not apply to cases proceeding *in forma pauperis.)*

4.  If you intend to seek *in forma pauperis* status, do not send your complaint without an application to proceed *in forma pauperis* and the certificate of inmate trust account. Complete all essential paperwork before submitting it to the court.

**CHANGE OF ADDRESS**

It is your responsibility to inform the court of any change of address and its effective date. Such notice should be marked "**NOTICE TO THE COURT OF CHANGE OF ADDRESS**" and shall not include any motion for any other relief. Failure to file a NOTICE OF THE COURT OF CHANGE OF ADDRESS may result in the dismissal of your complaint pursuant to Rule 41(b), Federal Rules of Civil Procedure.

I.   PREVIOUS LAWSUITS:

      A.  Have you filed *any* other lawsuit in state or federal court relating to your imprisonment? ___YES ___NO

      B.  If your answer to "A" is "yes", describe each lawsuit in the space below.  (If there is more than one lawsuit, describe  the additional lawsuits on another piece of paper, giving the same information.)

            1.  Approximate date of filing lawsuit: _____

            2.  Parties to previous lawsuit:

                Plaintiff(s) _____

                Defendant(s) _____

            3.  Court: (If federal, name the district; if state, name the county.) _____

            4.  Cause number: _____

            5.  Name of judge to whom case was assigned: _____

            6.  Disposition: (Was the case dismissed, appealed, still pending?) _____

            7.  Approximate date of disposition: _____

(2)

Rev. 05/15

II.   PLACE OF PRESENT CONFINEMENT: Fort Stockton N5  TDCJ

III.  EXHAUSTION OF GRIEVANCE PROCEDURES:

Have you exhausted all steps of the institutional grievance procedure?          ✓YES ___ NO

Attach a copy of your final step of the grievance procedure with the response supplied by the institution.

IV.   PARTIES TO THIS SUIT: now in Court of Criminal Appeals WR-63-048-05

A. Name and address of plaintiff: will attach two. to 42 use 1983 have exhausted 19
step 1 and step 2 Grievance over "NCIC report" on CR: 30536 Simple Assault
Feb-23-1995 was altered to Ass Assault with a deadly weapon used in CR.1394k

B. Full name of each defendant, his official position, his place of employment, and his full <u>mailing</u> address.

Defendant #1: William W. Vernon, Assistant District Attorney: see attach pse:
1.2.3.4 given briefly describe statemen of Claim and Grounds

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
"Code of Conduct" "Judicial Misconduct" "Professional Misconduct"

Defendant #2: William W. Scison, Director: see attach pse: 1-2-3-4 given
briefly describe STATEMENT of Claim and Grounds

Briefly describe the acts(s) or omission(s) of this defendant which you claimed harmed you.
"Code of Conduct" "Judicial Misconduct" "Professional Misconduct"

Defendant #3: Glenda, Rickman: Custodian of Records: she over looked?
"NCIC report" are did she?

Briefly describe the acts(s) or omission(s) of this defendant which you claimed harmed you.
"Fraud" "Conspiracy" + "Organized Crime" "NCIC report"

Defendant #4: Debra, Gibb: TDCJ Records + Classification: Assistant Director
www.tdcj.texas.gov/936-437-6484

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
"Fraud" "Conspiracy + "Organized Crime" "NCIC report"

Defendant #5: Circuit Judge's Gano / Clement / a Owen: Judicial Misconduct
Judge Terry R. Mean's "Code of Conduct" "Due Process" "Color"

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
illesally authorized civil sanction on "Plaintiff-Appellants"

( . 3)

Rev. 05/15

V.   STATEMENT OF CLAIM:

State here in a short and plain statement the facts of your case, that is, what happened, where did it happen, when did it happen, and who was involved. Describe how <u>each</u> defendant is involved. <u>You need not give any legal arguments or cite any cases or statutes.</u> If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach extra pages if necessary, but remember the complaint must be stated briefly and concisely.  IF YOU VIOLATE THIS RULE, THE COURT MAY STRIKE YOUR COMPLAINT. 356. Fed. Afix. 756(2009) when Defendant, has mis directed "Opinion" about law and has committed other material error's and has not corrected record's. On Opinion first Paragraph STATE officials altered more then government records in CR:30536 is Simple Assault, then altered more then Brole Discharge April-12-2003 alter to April-12-2004. For example, it was improper for a Court to use a nome nunc Pro Tunc order to add a deadly weapon findins was never don-templated. Plus altered Indictment CR:30536 Simple Assault instead of "Ass Assault with a deadly Weapon was used as 2 in in CR:13919 to enhancement sentence in Jury trial CR:30536 in 2004 used some fake Indictment to falsely imprisonment in 2004 to Dec 2005 was used in CR:13919 "Code of Conduct"

VI.   RELIEF:

State briefly exactly what you want the court to do for you.   Make no legal arguments.  Cite no cases or statutes. 34 the "NCIC records": 30536 Simple Assault instead Texas has altered charge to Ass Assault w-a-deadly weapon" more then (4) member's STATE officials took Part. state attorney's used fake Indictment CR:30536 in CR:13919 in transcript

VII.   GENERAL BACKGROUND INFORMATION: Lavbou 1979 Ferguson Unit Builden tender"
   A. State, in complete form, all names you have ever used or been known by including any and all aliases. TDCJ#283180
"Brinder 2004 Coffield unit" "nickname "Hawkese" sence J.F.K was shot in Dallos Tx

   B. List all TDCJ-CID identificaiton numbers you have ever been assigned and all other state or federal prison or FBI numbers ever assigned to you.

   283186 / 904639 Discharge 4-12-03 / 1445772 / 2044340 / now 2249871

VIII.   SANCTIONS:

   A. Have you been sanctioned by any court as a result of any lawsuit you have filed? ____ YES ____ NO

   B. If your answer is "yes," give the following information for every lawsuit in which sanctions were imposed. (If more than one, use another piece of paper and answer the same questions.)

   1. Court that imposed sanctions (if federal, give the district and division): _____

   2.  Case number: _____

   3. Approximate date sanctions were imposed: _____

   4. Have the sanctions been lifted or otherwise satisfied? ____ YES ____ NO

(4)

4

Rev. 05/15

To: The United States District Court
For The Northern District of The State of Texas
number: 09-10368 — Summary Calendar — Dec-18-2009

"Jurisdiction Appeal On" 356.Fed.App.x.756(2009)
Freddie. Monroe. Pickett, "Plaintiff — Appellant.

vs

STATE OF TEXAS "Government employee"
"listed on Page one"
"explain" Petitioner won docket number 09-9767. "meaning"
civil Law suit, "will have to be refile at Supreme Court of Texas
To: Clerk Blake. A. Hawthorne. at the Supreme Court Building, 201 West
14th Street, Room 106, Austin. Texas 78701
Website: WWW.TXCOURTS.GOV/CCA
The U.S Court of Appeals for the Fifth Circuit denied damages
"25 million" — 560 U.S. 930. 130 S.Ct. 3330 (mem)
176. L. Ed. 2d 1229. 78 USLW 3C88! What won the docket #09-9767
the (4) four STATE officials altered more then Discharge Parole Certificate
these gentlemen and ladies of government employee Printed fake
Indictment CR:30536 249th Judicial District Court Johnson. Co. City
Cleburne. Tx: CR:30536 Simple Assault. 355th Judicial District Court
Hood. Co. City Granburn. Tx! on Prior Conviction used fake Indictment to
enhancement CR:30536 Simple Assault. STATE attorney in CR:13919 used
fake indictment CR:30536 Agg Assault with Deadly weapon. "Conspiracy"
Contact Court of Criminal Appeals: Clerk. Deana. William son WR 62-048-05
W13919-01 filed 11.07 on Hood. County Justice Center ?
Texas Dept of Public Safety //www.dps.texas.gov            J.m.P
thers is "No Agg Assault with a deadly weapon" CR:30536

(5)

The UNITED STATE DISTRICT Court For The
Northern DISTRICT OF TEXAS  WL-875050

"Plaintiff: Freddie. Monroe. Pickett          "42 USC 1983"
TDCJ # 02249871

Fort Stockton Unit                    Jurisdiction Appeal on
1536 IH-10 East          Pickett v Texas 356. Fed. APPX 756 (2009)
Fort Stockton Texas. 79735

          VS

STATE OF Texas: 356. Fed. APPX. 756 (2009) _ Defendants
David. W. Vernon. Assistant District Attorney
William. W. Seison. Director:
Glenda. Rickman. Custodian OF Record's
Debra. Gibb Record's and Classification of TDCJ-CID
"Professional Misconduct" and "Judicial Misconduct" on Circuit Judges
Mr. Garza: Mr. Clement and Mr. Owen "Judges" Terry. R. Means

                    I: STATEMENT of Claim:
     Jurisdiction APPeals on Pickett v Texas 356. Fed. APPx 756 (2009)
This is a civil appeal. action authorized by 42 u.s.d Section 1983 to
redress. Cite 25 271 s.w. 3d 698 (Tex. Crim. APP. 2008)
Constitutional Law 4554 (1)
To Protect a criminal Plaintiffs rights to a fair trial on Brer, The Due Process
Clause of the Fourteenth Amendment requires the Prosecution to disclose
exculpatory and impeachment of evidence to the defense that is material
in CR: 30536 Feb-23-1995 Johnson County. City Cleburne. Tx "Simple Assault"
to either suit or Punishment u.s.d.A. Const. Amend. 14
No # 09-10368  Dec-18-2009: See Background: Plaintiff was falsely imprison-
ment 2004 to Dec-2005 21 months:

                    Page 1 (6)

II

Jurisdiction Appeal on: Pickett v Texas 356. Fed. APPx 756 (2009)

<u>Grounds 1</u>: This when before Judge Terry. R. Means's 2009 WL875050 Circuit Judges: Before Garza. Clement + Owen. "Moe Larry + Curly" "Code of Conduct" failure to correct records on Plaintiff when this 42 USC 1983 was filed. and it took more then, (4) four STATE officials to falsely Imprisonment Freddie. Monroe. Pickett TDCJ# 1445722: "Plaintiff" was never Broke. On are about Feb-23-1995. Plaintiff caught his com-law wife Wendy. Brount 713 Wilson street Burleson Tx. having sex with friend. "Plaintiff" was arrested for Simple Assault CR: 30536. stood before Judge Blackewell 249th Judicial District Court Johnson. Co J.m.P city Cleburne. Tx. Plaintiff received 5 years differred adjudicated Probation. Plaintiff was revoked. Dec-27-1999 / 4 years-11 months 23 days Discharge sentence April-12-2003: "Plaintiff" had incident Dec-11-2003 see Johnson Co. Deputy Link report on that day. on 2004 January. was arrested on Class B misdermeanor. "government document's" altered more then Parole Certificate date. April-12-2003 altered to April-12-2004. Judge Wayne. Birdewell— D. A. Dale. Hanna. Clerk. David. R. Aland altered sentence Simple Assault CR: 30536 to Agg Assault with Deadly weapon.

Under Color of STATE law, of rights secured by the Constitu-tion of the United States. The Plaintiff has appealed Jurisdiction under 28. U.S.C. Section 1331 and 1343 (a)(3). Plaintiff's seeking declaratory relief Pursuant to 28 U.S.C. Section 2201 and 2202. "Plaintiff's" claims for injunctive relief are authorized by 28 USC Section 2283

(.7) Page. 2 J.m.P.

section 2283 & 2284 and Rule 65 of the federal Rules of Civil Procedure:

Grounds(2) Jurisdiction Appeals: Pickett v Texas 356 Fed.APPx 756 (2009) Jurisdiction on continued Appeals. Courts are constituted by authority and then cannot so beyound that Power delegated to them.

If they act beyound that authority. and the government employee did in 356.Fed. APPx.756 (2009). and certainly in contravention of it. their thier Judgements and orders are regarded as nullities; they are not voidable but simply void. and this even Prior to reversal."

Williamson v Berry. 8 How. 945. 540 12 L. Ed. 1170. 1189 (1850)

Grounds(3) "Once "Jurisdiction Appeal" is challenged in 356. Fed. APPx. 756 – (2009) the court cannot Proceed when it clearly appears that the court lacks Jurisdiction. the circuit Judge of this court has no authority to reach merits. but rather should dismiss the action." Melo v u.s 505 F.2d 1026

Ground(4): This court must Prove on the records. all Jurisdiction facts related to the Jurisdiction asserted." Jotana v Hopper. 102 F.2d 188: Chicago v New York 37 F. Supp. 150:

Grounds(4): On Pickett v Texas 356 Fed. APPx. 756 (2009) "Defendants" and Circuit Judges only told ½ half the Truth to District Judge Terry. R. Means. "Plaintiff" was falsely Inprisonment 21 month 2004 to Dec-2005! and it took more then (4) STATE officials to achieve this "false imprisonment" "Plaintiff" or "Defense" of lack of Jurisdiction over the subject matter may be raised at any time. even on appeal. Hill Top Developers v Holiday Pines Service Corp. 478 So. 2d. 368 (Fla 2nd DCA 1985)

Page. 3

(.8)

Ground's(s): on Writ 11.07 W13919-1, a Prisoner may ?? the Court
of Criminal Appeals W13919-01 — WR 62-048-05 this court to vacate.
set aside, or correct sentence on "Pickett v Texas 356.Fed APPx. 756" if
the sentence was imposed in violation of Plaintiff "Constitution Rights"
or laws of the United States or these Court's was without Jurisdiction
to impose such sentence with Jury trial. STATE attorney's misleading
Jurors in CR:13919: "Criminal law or "1992" for Plaintiff." to succeed in
showing a "Brady Violation". an individual must show that.(1) the
evidence is favorable to the accused because it is exculpatory or impeachment:
(2).the evidence was suppressed by the government employee or Person's act-
ing on the government's behalf. either inadvertently or willfully and (3.):
the suppression of the evidence resulted in Prejudice.i.e. materiality
3: In the Brady context. evidence is material to guilt or Punishment
only if there is a reasonable Probability that. had the evidence been
disclosed to the defense. the result of the Proceeding would have been
different in Jury trial CR:13919. a "reasonable Probability" is a Probability
sufficient to undermine confidence in the outcome!

Ground's'6' "Plaintiff" was inform by "Law Firm in Dallas.Tx (PLRA)
The Prison Jitisation Reform Act with helt information from TDCJ
Records & Classification Debra.Cibb. and after finging out Truth
some stood on government employee altering CR:30536 SimPly
Assault she also took Part in CR:30536 false imprisonment 2004 to
Dec —2005.What took Place "Organized Crime" Fraud" Conspiracy"

Page. 4 J.m.P

(.9)

Prayer For Relief: Wherefore "Plaintiff" respectfully prays that this Court enter Judgement granting Appeal on Jurisdiction"

A declaration that the acts and omissions described herein Violated Plaintiff's rights under the Constitution and Law's of the United States. a Preliminary and Permanent injunction ordering "Defendants" David.W.Vernon—William W. Seigan—Glenda. Pickman. Rissi. Owens to correct Plaintiff criminal records to read as the "NCIC report" National Crime Information Center. Pickett has no Ass Assoult with deadly weapon on CR:30536. apearantly these incompendent fool couldnt alter Freddie.Monroe.Pickett "NCIC records" Clerk Tonna.T.Hill CR:13919 STATE Exhibit #10 to Jury trial NLIC report X'ed out showing Simple Assoult instead of Aggravated Assoult with a deadly weapon: on Transcript CR:13919: also Correct F. Supp.2d. 2008 WL 4056157

need to Correct F. Supp.2d. 2009 WL 899769

need to Correct F. Supp.2d. 2009 WL 875050

need to Correct 326 Fed. Appx 304. 2009 WL 1532040

need to correct Pickett V TDCJ-CID F.Supp.2010 WL 4955781

there 5 more 42-usc-1983 Defendants need to STOP the "Conspiracy" "Fraud" "Organized Crim" You Boyeez and girls need to clean out Your Stock Yards: Compensatory damages in the amount of 25 million each Defendants in above cases do 21 months in federal Prison This would enslaved Moe. Jury and Luch Circuit Judges Garza, Clement + Owen. so broke hearted over Terra. R. Mean's ~~~~~

Plaintiff Request Jury trial CR:13919 apologize to Jury and witness

Page. 5 g. m. P (10)

PRAYER FOR Relief"

Compensatory damages on 2004 Judge Wanser, Birdewell 249th CR:30536
called TDCJ-CID Warden on Coffield Unit on 2004. When striaght to the
"Glasshouse" where with in 48 hours, had nose Put on the right side
of my face. Was kicked 5x with steal toe boot's, "all with in 48 hours."
Work at wieldins shop, "in and out", stab 11x. raped in trustee showers.
between 2004 to Dec-2005 21 month, of falsely imprisonment. it took
was more than (4) four STATE officials to falsely altered CR:30536
Indictment charsins two Courts of federal offence tamperins with
government records were sufficient Records + Classification Debra Gibb
Put her(2) two cent in with olons with. Chairman of Classification and
Records Jara, Burson; TDCJ Bryan, Collier, Debra Gibb www.tdcj.texas.gov
talk about some People in government employee well new Pickett was
falsely imprisoned, beaten and rape" lost 9 to 11 teeth in 48 hours.
"Organizied Crime" these government employee be releaved of duties:
with No benefits: STOP the Cover-up + ConsPiracies against fellow
American. Am one". In ten thousand this has happened to in the lower Court
system. STOP orsanization's like the STATE BAR OF Texas license trash like
to abuse the Poor and mentaly retarded. after the Physical and emotional
damage's beins "stabbied" "raped" it take years to overcome the abuse, from
the Great STATE OF Texas Youve Joved so much. STATE Bar of Texas
Teach and cover for sovemment employee. Theyve became nothins but
Insurance Complant Company for STATE attorney's + STATE officials
        J.m.P
abuseins STATE OF Texas "Poor" and "Mentaly retarded"

                    Pase. 6 J.m.P (.11)

"Plaintiff" Freddie.Monroe.Pickett a/k/a Freddy.monroe.Pickett

Request for Jury trial on Opinion Pickett vs STATE OF TEXAS

356 Fed.APPx.756:2009 U.S.APP,Lexis 27904

No.09-10368 Summary Calendar

December -18-2009, Filed:

Any additional relief is to have TDCJ-CID correct Record's on
"Plaintiff" has no Aggravated Assault with a deadly weapon on NCIC
records. TDCJ-CID administration dose.as if id when to court
Feburary -23-1995 CR:30536 Simple.Assault!

Date:_____Febuary 17th 2022_____

Respectfully Submitted:_____Freddie Monroe Pickett_____

"Verification"

Freddie.Monroe.Pickett a/k/b:Freddy Monroe.Pickett, Never when to 249th
Judicial District Court.Johnson.County.City.Cleburne.Tx on the 29th
of December,1999,the enhancement Paragraph one[Tx Pen Code.sec.-
12:35 Indictment CR:30536.Convict that don: Agg Assault w/Deadly
weapon."PreJustice" Perjurm by two Courts 6 Page's additional relief
   I have read the forgoing complaint and hereby verify that the
matters alleged therein are true, except as to matters alleged on infor-
mation. and. as to those, I believe them to be true. I certify under
Penalty of Perjurm that the foregoing is True and correct
From:Freddie.Monroe.Pickett TDCJ#02249871:_____Freddie Monroe Pickett_____
Fort Stockton Unit 1536 IH 10 East
Fort Stockton Texas.79735

Page.7 7.m.P (.12)

To. Presiding Judge. Sharon. Keller or Clerk. Deana. Williamson   WR.62.048-05

and to the (8) Eight members of Your Court's." Code of Criminal Procedure"

I've been informed Art. 21.011 Filing of Charging Instrument or Related
Document in Electronic Form: (b) if: Clerk Deana. Williamson haint already (4)
the clerk. David. R. Lloyd of the 249th Judicial District Court is able to display or
otherwise make the document CR: 30536 Simple Assault Feb-23-1995 signed
by Judge Blackwell in available online already in electronic form. Phone
Photograph awaiting the "airheads" to try to altered CR: 30536. available to Public
at no charge: Clerk David. R. Lloyd "(ATC)" access to borrow court transcripts CR: 30536
and Indictment CR: 30536 is Simple Assault. subject Postage and Duty for Court
Transcripts and Documents from Johnson. Co. C. to Cleburn. Tx also "NCIC"
"Plaintiff" has review them online. What is Clerk. Deana. Williamson Problem's?

Art. 28.05 Quashing indictment in felony" and both Court's will be held
accountable for "Professional Misconduct" and "Judicial Misconduct" seeing "How
STATE attorneys in CR: 13919 and CR: 30536 and STATE administration's mishandled
CR: 13919 and fake indictment CR: 30536 in cases CR: 13919 of felony be sustained.
and the Honorable Judge Sharon. keller with release "Plaintiff" and to proceeding after
on Damage from STATE attorney and STATE administration's for letting this so on-
an on Art. 28.04 Discharge for Debt: "The settlement claim will be with Mr. John. Ken"
the 7 thousand 500ºº dollars Bid to attorney Richard. Hattox. he will Be defendent
on that day: Plaintiff is bench warrant to 355th Judicial District Court and
released on are before January -31- 2022: after review online them Johnson. Co
boyzz and the Hood. Co boyzz dont have a leg to stand on. Please contact Mr. Key
on "Plaintiff" release and the settlement on hickett claim: Sincerely
Freddie Monroe Pickett   Jan-27-2022
F.M.P

Page. 8          . 13      (Page 1 of 2)

(2) two Page Indictment CR:13919 stamped filed Sep-06-2017
Clerk. Tomb. Trumble. H.A perjurd herself in Black & white. there was
NO cocaine. STATE witness. Deputi. Mr.Spencer, Batchelor testify to
Jury and to witnesses there was no cocaine found on "Plaintiff"
or Cathnln Thomas car "KAT" Workins sirl. see Page 39 of transcript
CR.13919. the only ideam found was glass Pipe. belons to "Kat". NO "D.N.A"
of Plaintiffs in "Parnphernalia". No D.N.A testins in transcript CR.13919
"no Picture" no Photograft of Cocaine. whn their was none to Photograft.
first enhancement parasraph [Tx Penal Code. sec. 12.35 (C)] CR.30536
STATE attorneys. Robert.Christain. Rawn.Sinclar. David.Tucker. was paid to
to convict a innent men with bad criminal history. Defendant
attorney Richard.Hattox told Plaintiff to sign "True" I Paid Hattox
                                        J.M.P
7 thousand 500 dollar's to have case ~~its~~ desmith. Grand Jurors
were mislead and lied to. "NCIC report" CR:30536 Simple Assault
on Wendy. Brsant. I see "Professional misconduct" and Judicial
Misconduct with Judge R. Walton and New Judge.Brean.T.Bufkin
Plaintiff Request be bench warrant back to Hood. Co City Granbury.Tx
with all of Jury & witnesses. for the STATE of Texas to apolosize
to Juror's + witnesses. the 7500°° be paid to "Plaintiff" not 3rd
Party. all can out of Plaintiff disability check. will seek damage
throush Mult Millionair law firm Mr. John.Ken. was witness
at the 355th Judicial District. Request 21 month sentence to all Hood.Co
in STATE Jail. Plus damage's.

attach is two letter Motion's to                    Freddie Monroe Picknell
Johnson. Co. City Cleburne. Tx
                                        . Page 2 of 2                 Jan -27-2022
Page 9 J.M.P                    .14

United STATE DISTRICT Court

For The Northern District of State of Texas

"Cowtown" Fort Worth Division

on Page(10) ten Indictment number CR:13919 "Filed" Sept-06-2017

355th Judicial DISTRICT of Texas; showing false information in two Parts.

there was no cocaine. for Plaintiff to be convict of. on Page 39 two(2)

Hood.co Deputies testify No cocaine found on Plaintiff to be convicted.

Robert.French "lied" to Grand Jury about test result. none in transcript

CR:13919. "in Justice" Lecture by STATE attorney's in CR:13919

Znme

"Jurisdiction Appeal" Pickett v Texas, 356, Fed. Appx 756 (2009) Plaintiff

Failure To Correct records

Defendants + circuit Judge's failure to correct records. Plaintiff was

falsely imprisonment December 29 - 2004 to Dec 2005. on February. 23 - 1995:

Failure To Correct records

Pickett took Simple Assault CR:30536. Pickett took adjudicated Probation on Simple

Assault CR:30536.(5) five year Probation. "No Parole". discharge April-12-2003

249th Judicial District Court. Johnson. county. City Cleburne. Tx. STATE

officials did more then altered "Parole discharse". then "STATE OFFICIALS"

altered crim CR:30536 Simple. Assault instead of Aggravated Assault

with Death weapon. "Pickett" has No Aggravated Assault charge on "NCIC-

Report" as you can see on this document Enhancement Paragraph

[Texas Penal Code, Sec.12.35(d)] STATE attorney's in Hood. County used

fake Indictment CR:30536 to enhancement of sentencing. Misleading

the grand Jurors for the county of Hood. STATE OF TEXAS.

On February-23-1995 under Judge Blackwell I Plead No contest

on simple Assault CR:30536 on Wendy. Bryant 713 willson street

Burleson. Tx: see Police report or better Transcript CR:30536 Feb-23-1995

(.15)

INDICTMENT NO. _____  CR13919

**FILED**

SEP 0 6 2017

355TH JUDICIAL DISTRICT OF TEXAS

*Tonna Trumble Hitt*
Tonna Trumble Hitt
Clerk District Court, Hood County, Texas

STATE OF TEXAS

**VS. FREDDIE MONROE PICKETT
AKA: FREDDY MONROE PICKETT**

DATE OF BIRTH: 11-14-1956

TRN NO. 9156875010

DATE FILED: 9-6-2017

AMOUNT OF BAIL: $5,000.00

OFFENSE: POSS. CS UNDER 1 GRAM

DEGREE: HABITUAL

SOC. SEC. NO. 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

SID NO. 02165573

STATE'S WITNESS: Spencer Batchelor

STATE'S ATTORNEY: Robert Christian

·■·■·■·■·■·■·■·■·■·■·■·■·■·■·■·■·■·■·■·■·■·■·■·■·■·■·■·■·■·■·■·■·■·■·■·■·■·■·■·■·■·■·■·■·■·■·■·■·■·

**IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:**

The Grand Jurors for the County of Hood, State of Texas, duly selected, impaneled, sworn, charged, and organized as such at the July Term 2017, of the 355th Judicial District Court of Hood County, Texas, upon their oaths present in and to the Court that on or about the 14th day of June, 2017, and before the presentment of this indictment, in Hood County, Texas, FREDDIE MONROE PICKETT, AKA: FREDDY MONROE PICKETT, Defendant, did then and there intentionally or knowingly possess a controlled substance, namely Cocaine, of less than one gram including any adulterants and dilutants,

**ENHANCEMENT PARAGRAPH ONE [Texas Penal Code, Sec. 12.35(c)]**

and it is further presented in and to said Court that prior to the commission of the primary offense by the said FREDDIE MONROE PICKETT, AKA: FREDDY MONROE PICKETT, on the on the 29th day of December, 1999, in the 249th District Court of Johnson County, Texas, in cause number 30536, the said FREDDIE MONROE PICKETT, AKA: FREDDY MONROE PICKETT was

Page. 10

8   (.16)

convicted of a felony, to wit:  Agg Asslt W/Deadly Weapon, and the said conviction became final prior to the commission of the primary offense,

## ENHANCEMENT PARAGRAPH TWO [Texas Penal Code, Sec. 12.42(d)]

and it is further presented in and to said Court that prior to the commission of the primary offense by the said FREDDIE MONROE PICKETT, AKA: FREDDY MONROE PICKETT, on the 7th day of December, 2015, in the 396th District Court of Tarrant County, Texas, in cause number 1371913D, the said FREDDIE MONROE PICKETT, AKA: FREDDY MONROE PICKETT was convicted of a felony, to wit:  Failure To Comply With Sexual Offender Registration Requirements, and the said conviction became final prior to the commission of the primary offense,

## HABITUAL COUNT ONE [Texas Penal Code, Sec. 12.42(d)]

and it is further presented in and to said Court that prior to the commission of each of the offenses set out above in the enhancement count, the said FREDDIE MONROE PICKETT, AKA: FREDDY MONROE PICKETT, on the 28th day of June, 2007, in the 294th Judicial District Court of Van Zandt County, Texas, in cause number CR06-00333, the said FREDDIE MONROE PICKETT, AKA: FREDDY MONROE PICKETT was convicted of a felony, to wit:  Indecency W/Child Exposes, and the said conviction became final prior to the commission of each of the offenses set out above in the enhancement count,

## HABITUAL COUNT TWO [Texas Penal Code, Sec. 12.42(d)]

and it is further presented in and to said Court that prior to the commission of each of the offenses set out above in the enhancement count, the said FREDDIE MONROE PICKETT, AKA: FREDDY MONROE PICKETT, on the 28th day of June, 2007, in the 294th Judicial District Court of

Page. 11

9  , 17

January-26-2022! This Correspondence is to access to Court "ATC"

Special Correspondence" Page 3 state's is in ann mailing sent to or from

Special Correspondence" seeking Postage to Court Documents and

Transcripts: on Case CR:30536 Feburary-23-1995

District Clerk David.R.Iloyd.

249th Judicial District Court Justice Center, 2

North Main Street Cleburn, Tx.7603! Johnson.County

Inmate:Freddie.Monroe.Pickell TDCJ#02249871 is "Indigent" seeking

releif on Postage to and from: unknow-weight of Documents: ___?

seeking transcript CR:30536 and Indictment CR:30536

was simple Assault on wendy.Behard at 713 Willson St Burleson.Tx

on are about Feb-23-1995. also "Police report."

Request: To "ATC" access to Court" Supervisor at TDCJ.

Inmate gives authorizes the TDCJ to deduct the appropriate funds from

his account. for the Purpose to receive and returning Court records:

Request is to barrow Transcript CR:30536 and Indictment CR:30536

also "Police Report" from. DISTRICT Clerk.David.R.Iloyd

Guinn Justice Center 204 South Buffalo Ave ste 204

P.O. Box 495 Cleburne.Tx 76033-0495

Sincerely

Freddie Pickett

e.12

.18

Date: January -27-2022!   To: District Clerk. David. R. Lloyd

~~355th District Court Justice Center~~ CR.30536

Justice Center 2. North Main Street. Cleburne. Tx 76031:

Freddie. Monroe. Pickett TDCJ. Prisoner#02249871. On are about Feburan. 23-1995

stood before Honorable Judge Blackewell 5 year Probation Differred adjudi-

cated Probation. No attorney "Special Correspondent" is this Courts Clerk.

is any mailing sent to or from a "Special Correspondent"

after 4 years - 11 months -23 days. Probation officer Mike. Hanna. was to

walk. Pickett over to Judge Wayne. Birdewell and release Pickett form

differred adjudicated Probation 5 years on simple Assault CR.30536

on Wendy. Bryant  713 Willson St Berluson. Tx: "Prisoner" is seeking

Transcript CR.30536 / Indictment CR.30536 / Police report

Inmate may request to borrow transcripts CR:30536 and Indictment -

CR:30536 and attach "Police report" of incident on are before Feb-23

1995. No Responce from (ATC) are above Clerk CR.30536

also to: Clerk. Deana. Williamson  WWW.TXCOURTS.GOV/CCA

RE: Pickett. Freddie. Monroe. a/k/a Freddy. Monroe. Pickett vs STATE OF TEXAS

WR.62,048-65 - WI3919-01 /CCA#. PD-0701-20  COA#02-19-00090-CR

Trial Court# CR.13919 - WI3919-1 used fake Indictment CR:30536 to

enhancement of Jury sentenceins. In the 355th Judicial District Court

Hood. County. city Granbury. TX CR.13919. also No responce from the 11.07

file Dec-2021 or mailed out of this Fort. Stockton Unit at TDCJ.

Date: January -27-2022! Sincerely: Freddie Monroe Pickett

.13 q.m.l

.19

## United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE,
Suite 115
NEW ORLEANS, LA 70130

January 24, 2022

Mr. Freddie Monroe Pickett
#02249871
Fort Stockton Unit
1536 JH-10-East
Fort Stockton, TX 79735

Dear Mr. Pickett,

I am returning your petition, complaint or other papers for the following reason(s):

This court has no jurisdiction to grant the requested relief without a formal appeal. You may file a notice of appeal in the U.S. District Court.

This is a court of limited jurisdiction. This means we can only act on cases which have been filed and decided in a U. S. District Court, or an agency within this circuit.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Monica R. Washington, Deputy Clerk
504-310-7705

Enclosure(s)

(.20) J.m.P

Date: January-17-2022 To: Clerk Dyle W. Cayce

United State Court of Appeals

Fifth Circuit : man -24-2010

RECEIVED
JAN 24 2022
FIFTH CIRCUIT

Petitioner file 28 usc-2254 was file in 2009 at TDCJ Jordan Unit
docket number:09-9767: In the hand writen 28 usc-2254 their was
Placed "NCIC report" Pickett V Texas 560 u.s.930 (2010)

Case 356 Fed.Appx.756 was denied by the Fifth Circuit Court of appeals
But: Clerk Deana.Williamson is investigaten,"W13919-01"-"WR.42,048-05"
there a "NCIC record" inside 28 usc-2254 showing Simple Assault
Febuary-23-1995 CR:30536.This is on Trial Jury Case CR:13919
Hood.County.City Granbury.Tx

Re: Pickett.Freddie.Monroe.a/k/a Freddy.Monroe.Pickett
CCA #.PD.0701-20      CoA Case #.02-19-00090-CR
Trial Court: CR:13919: STATE attorney's and state official's used Indictment
CR:30536 altered not stamped nor sealed! STATE attorney's used altered
Indictment CR:30536 Agg Assault with deadly weapon! Feb-23-1995
transcript sign by Judge Blackwell! Freddie.Monroe.Pickett Pro-se
Request:Fifth Circuit Court of appeals notify electronicaly Clerk.Deana.
Williamson file record 28 usc-2254 so she may look at 28-usc-2254
Falsely imprisonment 21 months: 28 usc-2254 docket # 09-9767 will have
to be refile Supreme Court "Civil" Buildings.201 west 14th street.Room.106
Austin.Tx website www.tx.courts.Gov/cca.talk about "fuck up" Thank God
for the STATE OF Texas: their STATE attorney's and Government emPloyee
fixen to count them million's: I saddle the houirse horse. John.Key
law Firm fixen to ride him.He's a mult millionair I wonder why?

Freddie Monroe Pickett

.21 J.m.P

IN THE UNITED STATES DISTRICT COURT
FOR THE _____ DISTRICT OF TEXAS
_____ DIVISION

Freddie. Monroe. Pickett
TDCJ#02249871
Plaintiff's name and ID Number
Fort Stockton Unit 1536 IH-10 East
Fort Stockton Texas 75735
Place of Confinement

U.S. COURT OF APPEALS
RECEIVED
JAN 24 2022
FIFTH CIRCUIT

CASE NO. W13919-01/WR.62.048-05
(Clerk will assign the number)

V.
Freddie. Monroe Pickett
TDCJ#02249871
Fort Stockton Unit 1536 IH-10-East
Fort Stockton Texas 79735
Defendant's name and address

**APPLICATION TO PROCEED
IN FORMA PAUPERIS**

I, Freddie. M. Pickett, declare, depose, and say I am the Plaintiff in the above entitled case. In support of my motion to proceed without being required to prepay fees, costs, or give security therefor, I state because of my poverty, I am unable to pay in advance the filing fee for said proceedings or to give security for the filing fee. I believe I am entitled to relief.

I, further declare the responses which I have made to the questions and instructions below are true.

1.  Have you received, within the last 12 months, any money from any of the following sources?

    a.  Business, profession or from self-employment?                    Yes ☐   No ☑
    b.  Rent payments, interest or dividends?                             Yes ☐   No ☑
    c.  Pensions, annuities or life insurance payments?                   Yes ☐   No ☑
    d.  Gifts or inheritances?                                           Yes ☐   No ☑
    e.  Family or friends?                                               Yes ☐   No ☑
    f.  Any other sources?                                               Yes ☐   No ☑

    If you answered **YES** to any of the questions above, describe each source of money and state the amount received from each during the past 12 months.

    _____

    _____

2.  Do you own cash, or do you have money in a checking or savings account, including any funds in prison accounts?

    Yes ☐        No ☑

    If you answered **YES** to any of the questions above, state the total value of the items owned.

    _____

    _____

1

· 22

☆ATCIFP (REV. 9/02)

3.  Do you own real estate, stocks, bonds, note, automobiles, or other valuable property, excluding ordinary household furnishings and clothing?

Yes ☐          No ☑

If you answered **YES**, describe the property and state its approximate value.

_____

_____

I understand a false statement in answer to any question in this affidavit will subject me to penalties for perjury. I declare (certify, verify, or state) under penalty of perjury that the foregoing is true and correct (28 U.S.C. §1746).

Signed this the ____14____ day of ___January___, 20_22_.

_Freddi Monroe Pickett_  _0224957_
Signature of Plaintiff          ID Number

## YOU **MUST** ATTACH A CURRENT SIX (6) MONTH HISTORY OF YOUR INMATE TRUST ACCOUNT. YOU CAN ACQUIRE THE APPROPRIATE INMATE ACCOUNT CERTIFICATE FROM THE LAW LIBRARY AT YOUR PRISON UNIT.

2

. 23

☆ATCIFP (REV. 9/02)

```
CSINIB02/CINIB02        TEXAS DEPARTMENT OF CRIMINAL JUSTICE
1N0K/MA00167               IN-FORMA-PAUPERIS DATA                 01/14/22
TDCJ#: 02249871 SID#: 02165573 LOCATION: FORT STOCKTON   INDIGENT DTE: 03/20/19
                                                                 14:36:12
NAME: PICKETT,FREDDIE MONROE               BEGINNING PERIOD: 07/01/21
PREVIOUS TDCJ NUMBERS: 00283180 00904639 01445772 02044340
CURRENT BAL:          0.00 TOT HOLD AMT:
6MTH DEP:                                      0.00 3MTH TOT DEP:          7.64
                     9.34 6MTH AVG BAL:        0.00 6MTH AVG DEP:          1.56
MONTH HIGHEST BALANCE TOTAL DEPOSITS    MONTH HIGHEST BALANCE TOTAL DEPOSITS
12/21       1.10            1.68         09/21       0.00            0.00
11/21       0.00            0.00         08/21       1.70            1.70
10/21       5.96            5.96         07/21       0.00            0.00
```

STATE OF TEXAS COUNTY OF Pecos
ON THIS THE 14th DAY OF January    2022, I CERTIFY THAT THIS DOCUMENT IS A TRUE,
COMPLETE, AND UNALTERED COPY MADE BY ME OF INFORMATION CONTAINED IN THE
COMPUTER DATABASE REGARDING THE OFFENDER'S ACCOUNT. NP SIG: Edna J. Kincaid
PF1-HELP PF3-END ENTER NEXT TDCJ NUMBER: _____ OR SID NUMBER: _____



Edna J. Kincaid
ID# 132333036
Notary Public, State of Texas
My Commission Expires
1/17/2024
Notary Without Bond

. 24 F.m.P

ATC-060 (Rev. 7)
Attachment 2

## NOTICE
## OFFENDER NOTARY PUBLIC SERVICE

Under both Federal law (28 U.S.C § 1746) and State law (V.T.C.A. Civil Practice & Remedies Code, §132.001-132.003), offenders incarcerated in Texas may use an unsworn declaration under penalty of perjury in place of a written declaration, verification, certification, oath, or affidavit sworn before a Notary Public.

In a request for Notary Public service, each offender must explain why an Unsworn Declaration is insufficient before Notary Public service will be provided.

************************************************************************

*An example of an unsworn declaration pursuant to State law is as follows:*

"My name is _Freddie___Monroe___Pickett_____ my date of birth is _Nov-14-1956_
          (First)      (Middle)       (Last)

and my inmate identifying number, is _02249871_____. I am presently incarcerated in

_Fort Stockton Unit_____ in _Ft-Stockton 1536 IH-10-East_
          (Corrections unit name)                              (City)
_Peso_____    _Texas_____    _79735_____. I declare under penalty of
(County)          (State)          (Zip Code)

perjury that the foregoing is true and correct.

Executed on the _14_ day of _January__, 20_22_. _Freddie Monro Pickett_
                                                        (Offender Signature)
************************************************************************

*An example of an unsworn declaration pursuant to Federal law is as follows:*

I _Freddie Monroe Pickett____ (insert offender name and TDCJ number), being presently incarcerated in _____ (insert TDCJ unit name), in ____Peso_____County, Texas, declare under penalty of perjury that the foregoing is true and correct.

Executed on the _14_ day of _January_, 20_22_. _Freddie Monro-Pickett_
                                                        (Offender Signature)
************************************************************************

## NOTICE
## NOTARY PUBLIC SERVICE DENIAL

Regarding your request for Notary Public service, insufficient justification was provided necessitating Notary Public service. However, you may proceed with an Unsworn Declaration.

_Dana A. Kincaid_                              _1/14/22_
(Signature - Notary)                            (Date)

.25

OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS   FILE COPY
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

STATE OF TEXAS
PENALTY FOR
PRIVATE USE

ZIP 78701   $ 000.31

**11/19/2021**
**PICKETT, FREDDIE MONROE   Tr. Ct. No. W13919-01**          **WR-62,048-05**
On this day, the application for 11.07 Writ of Habeas Corpus has been received and presented to the Court.

Deana Williamson, Clerk

FREDDIE MONROE PICKETT
COFFIELD UNIT - TDC # 1445772
2661 FM 2054
TENNESSEE COLONY, TX  75884

---

✶✶   PRST FCM 02/02/22  752   ✶✶

OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS   FILE COPY
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

STATE OF TEXAS
PENALTY FOR
PRIVATE USE

ZIP 78701   $ 000.31

**1/26/2022**
**PICKETT, FREDDIE MONROE AKA PICKETT, FREDDY MONROE   Tr. Ct. No.**
**W13919-01**                                  **WR-62,048-05**
On this day, this Court has dismissed applicant's "MOTION TO DISCOVERY EVIDENCE OLD & NEW...".

Deana Williamson, Clerk

FREDDIE MONROE PICKETT
FORT STOCKTON UNIT - TDC # 2249871
1536 E IH 10
FORT STOCKTON, TX  79735

26

Texas Department of Criminal Justice

**STEP 1**

**OFFENDER GRIEVANCE FORM**

Pickett, Freddie

Offender Name: _Pickett, Freddie, Monroe_   TDCJ # _02249871_

Unit: _Coffield_   Housing Assignment: _P-1-C-108_

Unit where incident occurred: _Coffield Unit Law Library_
_Supervisor Mullinax - % Mostly - male % no name tas?_

OFFICE USE ONLY

Grievance #: _2022017314_

Date Received: _OCT 14 2021_

Date Due: _11-23-21_

Grievance Code: _707_

Investigator ID #: _I2599_

Extension Date: _____

Date Retd to Offender: _OCT 2 5 2021_

You must try to resolve your problem with a staff member before you submit a formal complaint. The only exception is when appealing the results of a disciplinary hearing.

Who did you talk to (name, title)? _Notarize and Certified mail on 11.07_ When? _Oct-12-2021_

What was their response? _Pickett is indigent 7th certified mail, Not her money tax payer_

What action was taken? _she refussed to Notarize 11.07, She did neather_

State your grievance in the space provided. Please state who, what, when, where and the disciplinary case number if appropriate

_See: Freddie, Monroe, Pickett a/k/a Freddy, Monroe, Pickett VS STATE OF TEXAS_
_No.02-19-00090-CR° April-30-2020. On Clerk's Memorandum Opinion because_
_because Pickett filed a pro-se response Pickett's counsels "withdrawn" sence_
_Hutchin's Unit Supervisor or % Marshall wouldnt Notarize Motion's_
_Petition's, Clerk refused response a unsworn Oel Declaration was attached_
_to each Motion, When Notary sign + stamps Motion it became a document_
_and STATE In the United STATE of Ame— that has it own government_
_unsworn Declaration will not be honnored, Same with Supervisor Mullinax_
_11.07 3(C) state in black + white to have 11.07 sent by Certified mail_
_or have it Notary, Because of the Corruption in STATE OF TEXAS law_
_for example Freddy, Monroe, Pickett TDCJ#904639 was falsely —_
_imprisoned 2004-Nov-2005 Judge Wayne, Birdewell had me sent_
_striaght here: See 356 Fed. Appx. 756 I file Petition 28 usc-2254_
_for writ of certiovari to the Unit State Court of Appeals for the Fifth_
_Circuit Denied Pickett twenty five (25) million dollar's, but Pickett won docket_
_#09-9767.? has to be refiled at STATE of Texas Supreme Court Civil_
_case Now. I have 10 case's against the STATE of TEXAS like Pickett V. Slawson_
_325. Fed. Appx. 304 (2009) West Law can not publication in book's in the Fed-_
_Reporter, because STATE of Texas "Perjury" theirself in Black + white_
_NO: 08-10900 June-2-2009, talk about put your boots on, dont wont to_
_step in any Cow pip potice - or Cow Poopoo, and Please contact D.P.S_
_office in Austin, Tx + Correction and clarification (NCIC Report)_
_Pickett has No Ass assault with a deadly weapon on NCIC pp_
                                                              _report_

**I-127 Front** (Revised 11-2010)   **YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM**   (OVER)

.27

Appendix F

11.07 was mail from Coffield Unit 2bldg 2ihouse 75th clud By
Supervisor Mallinax she or her staff deliver to Coffield mail Room
to be mail out To: District Clerk Tonna, Tumible, Hitt
                355th Judicial District Court Hood, Justice Center
                1200 West Pearl Street   (on 10-13-2021)
                Granbury Texas 76048
Texas Department For Public Safty state By mail TDCJ has the
same Computer at TDCJ Law Library, where the NCIC report is
Please Correct T.D.C.J Records 30536 is simple Assault
                Thank you

**Action Requested to resolve your Complaint:**

Would like certified letter from this mailroom that 11.07 was mail off Oct-13
-2021 to above address + for Supervior to esther (Notary) or Certified my ma

Offender Signature: _Freddi Monru Pricket_   Date: _Oct-13-2021_

**Grievance Response:**

An investigation has been conducted. The Law Library does not notarize 11.07 forms. Inmates may
write or type unsworn declaration, which is accepted by the courts. Inmates incarcerated in the Texas
Department of Criminal Justice (TDCJ) may use an unsworn declaration under penalty of perjury of
a written declaration, verification, certification, oath, or affidavit sworn before a notary public.
Inmates requesting notary public services must explain in their request why an unsworn declaration
will not be sufficient for the document to proceed. Otherwise, notary public service will be denied.

        No further action will be taken at this time

Signature Authority: _DS Warden DeLapp_   Date: _10/22/21_

If you are dissatisfied with the Step 1 response, you may submit a Step 2 (I-128) to the Unit Grievance Investigator within 15 days from the date of the Step 1 response.
State the reason for appeal on the Step 2 Form.

**Returned because:**       *Resubmit this form when the corrections are made.

☐ 1. Grievable time period has expired.
☑ 2. Submission in excess of 1 every 7 days. *
☐ 3. Originals not submitted. *
☐ 4. Inappropriate/Excessive attachments. *
☐ 5. No documented attempt at informal resolution. *
☐ 6. No requested relief is stated. *
☐ 7. Malicious use of vulgar, indecent, or physically threatening language. *
☐ 8. The issue presented is not grievable.
☐ 9. Redundant, Refer to grievance #_____
☐ 10. Illegible/Incomprehensible. *
☐ 11. Inappropriate. *

**UGI Printed Name/Signature:** _____

**Application of the screening criteria for this grievance is not expected to adversely
Affect the offender's health.**

**Medical Signature Authority:** _____

I-127 Back (Revised 11-2010)

| OFFICE USE ONLY | |
|---|---|
| Initial Submission | UGI Initials:_____ |
| Grievance #: _____ | |
| Screening Criteria Used: _____ | |
| Date Recd from Offender: _____ | |
| Date Returned to Offender: _____ | |
| **2nd Submission** | UGI Initials:_____ |
| Grievance #: _____ | |
| Screening Criteria Used: _____ | |
| Date Recd from Offender: _____ | |
| Date Returned to Offender: _____ | |
| **3rd Submission** | UGI Initials:_____ |
| Grievance #: _____ | |
| Screening Criteria Used: _____ | |
| Date Recd from Offender: _____ | |
| Date Returned to Offender: _____ | |

.27
28  Back side step 1

Appendix F



**Texas Department of Criminal Justice**

# STEP 2

**OFFENDER GRIEVANCE FORM**

| OFFICE USE ONLY | |
|---|---|
| Grievance #: | 2022017314 |
| UGI Recd Date: | 11-8-21 |
| HQ Recd Date: | NOV 15 2021 |
| Date Due: | 12-18-21 |
| Grievance Code: | 707 |
| Investigator ID #: | ~~10720~~ |
| Extension Date: | |
| Date Retd to Offender: | |

Offender Name: Freddie Monroe Pickett  TDCJ # 02249871

Unit: Coffield N5  Housing Assignment: C-108

Unit where incident occurred: Coffield 2nd 2 Ling under
Supervisor Mullinax over the "NLI ___ ort certified
mail and refussing to Notarize N ___ or Petitions

You must attach the completed Step 1 Grievance ha_ _ been signed by the Warden for your Step 2 appeal to be
accepted. You may not appeal to Step 2 with a Step _ tha: has been returned unprocessed.

Give reason for appeal (Be specific). I am dissatisfied with the response at Step 1 because...

at the bottom of step 1 Grievance form TDCJ Record's + Classification has me
listed CR:30536 out of Johnson Co. City Cleburn Tx 1995 Simple assault.?
why did TDCJ Records + Classification altered government documents
to Agg assault with a deadly weapon on NCIC report" showing simple assault
on CR:30536, read page 121 4 chapter Rules governing offender's access to the
court threw law libraries, this is over Freddie Monroe Pickett criminal history
(ATC) Supervior Mullinax stating, the need for the item as well as justification
for a legal accommodation. Pickett has request by I-60 to law library on
Coffield Supervisor Mullinax, stated we dont do that here? the Director
Mr. Steven McCraw www.dps.texas.gov ask for 15$ sence Im indigent, he
refuurs back to TDCJ law library capability as Texas Dept of Public Safety.
I would like two copies of criminal history to attach to Motion or Petition
this violation of due process and equal protection under the fourteenth
amendment of the United States and article one(1) section (3) three of Texas
Constitution and this pro-long time in Court - statute of limitations is
on 356 Fed. App's 756 May-24-2010 #09-9767 Pickett was falsely imprison
2004 to Nov-2005 see: Pickett v Texas 356 Fed App's 756 Dec-18-2009 where
D.A altered discharge paperwork. Ive ask our God to do all invald the same
way on earth + heaven. cruel + unusual punishment is when law library
file's to photocopy requested paperwork to court, Pickett filed Pro-se #02-19-000
90-cv

YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM    (OVER)

sence c/o Marshall would notary Motion's - Petition Pickett has sent
approximately 22 letter's, Not so. Sence TDCJ

I-128 Front (Revised 11-2014)

wouldnt Notary Motion's - Petitions because of incompetents like

28

Cottield Unit how Jibrary Supervisor Mullinax once a Motion or
Petition's is Notarized becomes a Documents Unsworn Declaration

not worth the Paper it has been writen on. then we have S/o Mosly
if she read some of the Law book's on Rules and Regulations
Unsworn Declaration can not be sent in on 1/8 or 1/4 sheet of
Paper. Please contact Zora Burson and or Debra Gilb and clean off recon
on the Ass assault with a Deadly wepon. and apologize to the Courts
and to Me. See: NCIC Report Sincerely

**Offender Signature:** _Freddi Monroe Luckett_     **Date:** _Nov-5-2021_

**Grievance Response:**

Step 1 has addressed your complaint. Notary Public service is provided in accordance with
ATC-060. The 11.07 court form is not required to be notarized. According to the 11.07
court form instructions, #9, "You must verify the application form by signing either the
appropriate Unsworn Declaration or the 'Oath Before a Notary Public,' which are at the end
of this form." No further action is warranted.

J. Pegoda, Program Administrator
Access to Courts, Counsel and Public Officials

**Signature Authority:** _Jeania Pegoda_     **Date:** December 13, 202

**Returned because:** *Resubmit this form when corrections are made.*

☐ 1. Grievable time period has expired.
☐ 2. Illegible/Incomprehensible. *
☐ 3. Originals not submitted. *
☐ 4. Inappropriate/Excessive attachments. *
☐ 5. Malicious use of vulgar, indecent, or physically threatening language. *
☐ 6. Inappropriate. *

**CGO Staff Signature:** _____

| OFFICE USE ONLY | |
| --- | --- |
| **Initial Submission** | **CGO Initials:**_____ |
| Date UGI Recd:_____ | |
| Date CGO Recd:_____ | |
| (check one) ____Screened ____Improperly Submitted | |
| Comments:_____ | |
| Date Returned to Offender:_____ | |
| **2ⁿᵈ Submission** | **CGO Initials:** _____ |
| Date UGI Recd:_____ | |
| Date CGO Recd:_____ | |
| (check one) ____Screened ____Improperly Submitted | |
| Comments:_____ | |
| Date Returned to Offender:_____ | |
| **3ʳᵈ Submission** | **CGO Initials:**_____ |
| Date UGI Recd:_____ | |
| Date CGO Recd:_____ | |
| (check one) ____Screened ____Improperly Submitted | |
| Comments:_____ | |
| Date Returned to Offender:_____ | |

*F.M.L*
*Back side  Step 2*

**FREDDIE MONROE PICKETT, Plaintiff-Appellant, v. STATE OF TEXAS; DAVID W. VERNON, Assistant District Attorney; WILLIAM W. SEIGAN, Director; GLENDA RICKMAN, Custodian of Records; RISSI OWENS, Defendants-Appellees.**
**UNITED STATES COURT OF APPEALS FOR THE FIFTH CIRCUIT**
**356 Fed. Appx. 756; 2009 U.S. App. LEXIS 27904**
**No. 09-10368 Summary Calendar**
**December 18, 2009, Filed**

**Notice:**

**PLEASE REFER TO FEDERAL RULES OF APPELLATE PROCEDURE RULE 32.1 GOVERNING THE CITATION TO UNPUBLISHED OPINIONS.**

**Editorial Information: Subsequent History**

US Supreme Court certiorari denied by Pickett v. Tex., 2010 U.S. LEXIS 4227 (U.S., May 24, 2010)

**Editorial Information: Prior History**

{2009 U.S. App. LEXIS 1}
Appeal from the United States District Court for the Northern District of Texas. USDC No. 4:08-CV-00594.Pickett v. Texas, 2009 U.S. Dist. LEXIS 28053 (N.D. Tex., Apr. 2, 2009)

**Counsel**             FREDDIE MONROE PICKETT (# 1445772), Plaintiff - Appellant, Pro se, Pampa, TX.
**Judges:** Before GARZA, CLEMENT, and OWEN, Circuit Judges.

**Opinion**

{356 Fed. Appx. 757} PER CURIAM: *

Freddie Pickett, a Texas state prisoner, appeals the district court's dismissal of his complaint seeking relief under 42 U.S.C. § 1983. Pickett, proceeding pro se and *in forma pauperis,* sued the State of Texas and four officials for problems connected with his parole release date. Pickett alleges that the defendants conspired together to alter documents to change his parole discharge date from April 2003 to April 2004. He contends that as a result, he was falsely imprisoned for 21 months. The district court dismissed his complaint on statute-of-limitations grounds.

We review the district court's dismissal of a prisoner's complaint under 28 U.S.C. § 1915(e)(2)(B)(ii) for failure to state a claim de novo. 1 To avoid dismissal for failure to state a claim, a plaintiff's {2009 U.S. App. LEXIS 2}complaint must plead enough facts to "state a claim to relief that is plausible on its face." 2 A district court may *sua sponte* dismiss a complaint under § 1915 if it is clear from the complaint that the claims are time-barred. 3

{356 Fed. Appx. 758} Because there is no federal statute of limitations for § 1983 claims, the forum state's personal-injury limitations period applies. 4 In Texas, the relevant limitations period is two years. 5 Federal law, however, governs when Pickett's claims accrued. 6 Under federal law, a § 1983

© 2021 Matthew Bender & Company, Inc., a member of the LexisNexis Group. All rights reserved. Use of this product is subject to the restrictions and terms and conditions of the Matthew Bender Master Agreement.

- 29

claim accrues "when a plaintiff knows or has reason to know of the injury which is the basis of the action." 7

The district court correctly determined that Pickett's claims are time-barred. Pickett filed his complaint on October 3, 2008, and thus his claims would be timely only if they accrued {**2009 U.S. App. LEXIS 3**}on or after October 3, 2006. Pickett alleges that his parole discharge date was altered in documents during a July 15, 2004 parole hearing and in a March 29, 2005 affidavit. The allegations provide no suggestion that Pickett did not know of the purported alterations until on or after October 3, 2006, and moreover, Pickett acknowledges that he contacted a clerk with the Texas Court of Criminal Appeals about the alleged alterations on August 5, 2005. In addition, Pickett has presented no plausible argument as to why the statute of limitations should have been tolled, and we have found no grounds for equitable tolling in the complaint.

Pickett's appeal is without arguable merit and is DISMISSED as frivolous. 8 The district court's dismissal of Pickett's complaint and this court's dismissal of this appeal count as two strikes for purposes of 28 U.S.C. § 1915(g). 9 Because Pickett has previously received two strikes as a result of this court's dismissal of his appeal in *Pickett v. Slawson,* 10 he is therefore barred from proceeding *in forma pauperis* in any civil action or appeal filed while he is incarcerated or detained in any facility unless he is under imminent danger of serious physical {**2009 U.S. App. LEXIS 4**}injury. 11

* * *

APPEAL DISMISSED; 28 U.S.C. § 1915(g) BAR IMPOSED.

### Footnotes

\*

Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.
1

*Harris v. Hegmann,* 198 F.3d 153, 156 (5th Cir. 1999).
2

*Ashcroft v. Iqbal,* 129 S. Ct. 1937, 1949, 173 L. Ed. 2d 868 (2009) (quoting *Bell Atl. Corp. v. Twombly,* 550 U.S. 544, 570, 127 S. Ct. 1955, 167 L. Ed. 2d 929 (2007)) (internal quotation marks omitted).
3

*Moore v. McDonald,* 30 F.3d 616, 620 (5th Cir. 1994).
4

*Harris,* 198 F.3d at 156-57.
5

TEX. CIV. PRAC. & REM. CODE § 16.003(a).
6

*Harris,* 198 F.3d at 157.
7

*Id.* (internal quotation marks and citation omitted).
8

B05_11CS                                      2

© 2021 Matthew Bender & Company, Inc., a member of the LexisNexis Group. All rights reserved. Use of this product is subject to the restrictions and terms and conditions of the Matthew Bender Master Agreement.

. 30

*See* 5TH CIR. R. 42.2; *Howard v. King,* 707 F.2d 215, 219-20 (5th Cir. 1983).
9

*See Adepegba v. Hammons,* 103 F.3d 383, 388 (5th Cir. 1996).
10

326 Fed. App'x 204 (5th Cir. 2009).
11

*See* 28 U.S.C. § 1915(g).

B05_11CS                                3

© 2021 Matthew Bender & Company, Inc., a member of the LexisNexis Group. All rights reserved. Use of this product is subject to the restrictions and terms and conditions of the Matthew Bender Master Agreement.

## IN THE UNITED STATES DISTRICT COURT
## FOR THE _____ DISTRICT OF TEXAS
## _____ DIVISION

Freddie. monroe. Pickett

TDCJ # 02249871
Plaintiff's name and ID Number

Fort Stockton Unit 1536 IH 10 East
Fort Stockton Texas 79735
Place of Confinement

CASE NO._____
(Clerk will assign the number)

V.

Freddie. Monroe. Pickett #02249871
Fort Stockton Unit 1536 IH 10 East
Fort Stockton Texas. 79735
Defendant's name and address

**APPLICATION TO PROCEED
IN FORMA PAUPERIS**

I, Freddie. M. Pickett , declare, depose, and say I am the Plaintiff in the above entitled case. In support of my motion to proceed without being required to prepay fees, costs, or give security therefor, I state because of my poverty, I am unable to pay in advance the filing fee for said proceedings or to give security for the filing fee. I believe I am entitled to relief.

I, further declare the responses which I have made to the questions and instructions below are true.

1.   Have you received, within the last 12 months, any money from any of the following sources?

|   |   | | |
|---|---|---|---|
| a. | Business, profession or from self-employment? | Yes ☐ | No ☑ |
| b. | Rent payments, interest or dividends? | Yes ☐ | No ☑ |
| c. | Pensions, annuities or life insurance payments? | Yes ☐ | No ☑ |
| d. | Gifts or inheritances? | Yes ☐ | No ☑ |
| e. | Family or friends? | Yes ☐ | No ☑ |
| f. | Any other sources? | Yes ☐ | No ☑ |

If you answered **YES** to any of the questions above, describe each source of money and state the amount received from each during the past 12 months.

_____
_____

2.   Do you own cash, or do you have money in a checking or savings account, including any funds in prison accounts?

Yes ☐        No ☑

If you answered **YES** to any of the questions above, state the total value of the items owned.

_____
_____

1

☆ATCIFP (REV. 9/02)

. 33

**NOTICE**
**INMATE NOTARY PUBLIC SERVICE**

Under both Federal law (28 U.S.C § 1746) and State law (V.T.C.A. Civil Practice & Remedies Code, §132.001-132.003), inmates incarcerated in Texas may use an unsworn declaration under penalty of perjury in place of a written declaration, verification, certification, oath, or affidavit sworn before a Notary Public.

In a request for Notary Public service, each inmate must explain why an Unsworn Declaration is insufficient before Notary Public service will be provided.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

*An **example** of an unsworn declaration pursuant to **State law** is as follows:*

"My name is _Freddie_ _Monroe_ _Pickett_ my date of birth is _Nov-14-1956_,
    (First)     (Middle)    (Last)

and my inmate identifying number, is _2249871_. I am presently incarcerated in

_Fort Stockton_ in _Fort Stockton_
    (Corrections unit name)        (City)
_Pecos_ _Texas_ _79735_. I declare under penalty of
(County)    (State)    (Zip Code)

perjury that the foregoing is true and correct.

Executed on the _17th_ day of _Feb_, 20_22_. _Freddie M Pickett_ "
                                     (Inmate Signature)

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

*An **example** of an unsworn declaration pursuant to **Federal law** is as follows:*

I _Freddie Monroe Pickett_ (insert inmate name and TDCJ number), being presently incarcerated in _Fort Stockton_ (insert TDCJ unit name), in _Fort Stockton_ _Pecos_ County, Texas, declare under penalty of perjury that the foregoing is true and correct.

Executed on the _17th_ day of _February_, 20_22_. _Freddie M Pickett_ "
                                     (Inmate Signature)

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**NOTICE**
**NOTARY PUBLIC SERVICE DENIAL**

Regarding your request for Notary Public service, insufficient justification was provided necessitating Notary Public service. However, you may proceed with an Unsworn Declaration.

_Edna J. Kincaid_              _Feb. 17, 2022_
    (Signature - Notary)                          (Date)

ATC-060                                                   03/2021

3.   Do you own real estate, stocks, bonds, note, automobiles, or other valuable property, excluding ordinary household furnishings and clothing?

Yes ☐        No ☑

If you answered **YES**, describe the property and state its approximate value.

_____

_____

**I understand a false statement in answer to any question in this affidavit will subject me to penalties for perjury. I declare (certify, verify, or state) under penalty of perjury that the foregoing is true and correct (28 U.S.C. §1746).**

Signed this the _____17th_____ day of _____Febuary_____, 20 _22_.

_____Freddie M Pickard   224987\___
Signature of Plaintiff                    ID Number

**YOU <u>MUST</u> ATTACH A CURRENT SIX (6) MONTH HISTORY OF YOUR INMATE TRUST ACCOUNT.  YOU CAN ACQUIRE THE APPROPRIATE INMATE ACCOUNT CERTIFICATE FROM THE LAW LIBRARY AT YOUR PRISON UNIT.**

.34 J.mil

☆ATCIFP (REV. 9/02)

```
CSINIB02/CINIB02      TEXAS DEPARTMENT OF CRIMINAL JUSTICE         02/17/22
1N0K/MA00167              IN-FORMA-PAUPERIS DATA                   14:16:29
TDCJ#: 02249871 SID#: 02165573 LOCATION: FORT STOCKTON   INDIGENT DTE: 03/20/19
NAME: PICKETT,FREDDIE MONROE              BEGINNING PERIOD: 08/01/21
PREVIOUS TDCJ NUMBERS: 00283180 00904639 01445772 02044340
CURRENT BAL:        0.00 TOT HOLD AMT:        0.00 3MTH TOT DEP:        4.58
6MTH DEP:          12.24 6MTH AVG BAL:        0.00 6MTH AVG DEP:        2.04
MONTH HIGHEST BALANCE TOTAL DEPOSITS     MONTH HIGHEST BALANCE TOTAL DEPOSITS
01/22      1.80            2.90          10/21      5.96            5.96
12/21      1.10            1.68          09/21      0.00            0.00
11/21      0.00            0.00          08/21      1.70            1.70
```

STATE OF TEXAS COUNTY OF Pecos
ON THIS THE 17th DAY OF February ,2022 I CERTIFY THAT THIS DOCUMENT IS A TRUE,
COMPLETE,AND UNALTERED COPY MADE BY ME OF INFORMATION CONTAINED IN THE
COMPUTER DATABASE REGARDING THE OFFENDER'S ACCOUNT. NP SIG: Edna J. Kincaid
PF1-HELP PF3-END ENTER NEXT TDCJ NUMBER: _____ OR SID NUMBER: _____

Edna J. Kincaid
ID# 132333036
Notary Public, State of Texas
My Commission Expires
1/17/2024
Notary Without Bond

C. Has any court ever warned or notified you that sanctions could be imposed? ____ YES ____ NO

D. If your answer is "yes," give the following information for every lawsuit in which a warning was issued. (If more than one, use another piece of paper and answer the same questions.)

    1.  Court that issued warning (if federal, give the district and division): _____

    2.  Case number: _____

    3.  Approximate date warning was issued: _____

Executed on: _Feb-17-2022_
             DATE

                                      _Freddi M Pickett_
                                        (Signature of Plaintiff)

## PLAINTIFF'S DECLARATIONS

    1.  I declare under penalty of perjury all facts presented in this complaint and attachments thereto are true and correct.

    2.  I understand, if I am released or transferred, it is my responsibility to keep the court informed of my current mailing address and failure to do so may result in the dismissal of this lawsuit.

    3.  I understand I must exhaust all available administrative remedies prior to filing this lawsuit.

    4.  I understand I am prohibited from brining an *in forma pauperis* lawsuit if I have brought three or more civil actions or appeals (from a judgment in a civil action) in a court of the United States while incarcerated or detained in any facility, which lawsuits were dismissed on the ground they were frivolous, malicious, or failed to state a claim upon which relief may be granted, unless I am under imminent danger of serious physical injury.

    5.  I understand even if I am allowed to proceed without prepayment of costs, I am responsible for the entire filing fee and costs assessed by the court, which shall be deducted in accordance with the law from my inmate trust account by my custodian until the filing fee is paid.

Signed this ___17th___ day of _February_, 20 _22_ .
                (Day)                   (month)          (year)

                                        _Freddi Monroe Pickett_
                                        (Signature of Plaintiff)

**WARNING: Plaintiff is advised any false or deliberately misleading information provided in response to the above questions may result in the imposition of sanctions. The sanctions the court may impose include, but are not limited to, monetary sanctions and the dismissal of this action with prejudice.**

Rev. 05/15

5  .35 J.m.l

From: Freddie. Monroe. Pickett
Fort Stockton Unit
1536 IH 10 East
Fort Stockton Texas 79735





LEGAL

RECEIVED
FEB 2 8 2022

United STATE DISTRICT Judge
Mr. Terry. R. Means
501 West 10th Street Room 310
Fort North Texas 76102-3672