United State District Court
For the Northern District of Texas
Forth Worth Division

FREDDIE. MONROE. Pickett "Plaintiff"
TDCJ # 02249871
Fort Stockton Unit
1536 IH 10 East
Fort Stockton, Texas 79735

CR: 30536
Criminal action No.

4-22CV-154-0

vs

Defendants: District Attorney Dale. Hanna
Judge: Wayne. Birdewell 249th
Clerk: David. R. Jloyd
Probation Officer: Mike. Hanna.

Request for Excess to Transcript - CR: 30536

Pursuant to Judicial Conference Policy: Plaintiff seekins altered government doucments. Defendant's Conspire and did altered fake Indictment CR: 30536 Ass Assault with a deadly weapon:

TDCJ-CID: will let "me" view online, with not give "me" Plaintiff the orginal: CR: 30536 Indictment Simple Assault none Transcript Date: Febrary-23-1995 (5) Year Probation. Revoke 4 year-11-months-23 day. Discharge sentence 5 year's TDCJ 3 year's 6 months Discharge April-12-2003: 16 to 20 base on transcript CR: 30536
Social Security number: 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  DL. 02808772

I hereby certify date to sentence Feb-23-1995 By Honorable Judge Blackewell: Ive filed the forgoins with the Clerk of Court for the U.S. District Court. Northern District of Texas:

Date: Febrary-17th-2022 Sincerely: Freddi Monroe Pickett

```
CSINIB02/CINIB02      TEXAS DEPARTMENT OF CRIMINAL JUSTICE           02/17/22
1N0K/MA00167              IN-FORMA-PAUPERIS DATA                     14:16:29
TDCJ#: 02249871 SID#: 02165573 LOCATION: FORT STOCKTON  INDIGENT DTE: 03/20/19
NAME: PICKETT,FREDDIE MONROE              BEGINNING PERIOD: 08/01/21
PREVIOUS TDCJ NUMBERS: 00283180 00904639 01445772 02044340
CURRENT BAL:         0.00 TOT HOLD AMT:        0.00 3MTH TOT DEP:        4.58
6MTH DEP:           12.24 6MTH AVG BAL:        0.00 6MTH AVG DEP:        2.04
MONTH HIGHEST BALANCE TOTAL DEPOSITS   MONTH HIGHEST BALANCE TOTAL DEPOSITS
01/22       1.80           2.90        10/21       5.96           5.96
12/21       1.10           1.68        09/21       0.00           0.00
11/21       0.00           0.00        08/21       1.70           1.70
```

STATE OF TEXAS COUNTY OF Pecos
ON THIS THE 17th DAY OF February, 2022, I CERTIFY THAT THIS DOCUMENT IS A TRUE,
COMPLETE, AND UNALTERED COPY MADE BY ME OF INFORMATION CONTAINED IN THE
COMPUTER DATABASE REGARDING THE OFFENDER'S ACCOUNT. NP SIG: Edna J. Kincaid
PF1-HELP PF3-END ENTER NEXT TDCJ NUMBER: _____ OR SID NUMBER: _____

Edna J. Kincaid
ID# 132333036
Notary Public, State of Texas
My Commission Expires
1/17/2024
Notary Without Bond