RECEIVED 26 2022 DISTRICT COURT

May 18th Wed-2022: To: Deputy Clerk Justice Melissa. Shanklin United States Court of Appeals Fifth Circuit Office of The Clerk.

Dear Deputy Clerk. Melissa. Shanklin. what is your "Purpose"? The Petitioner Freddie. Monroe. Pickett # TDCJ-ID # 1445722. Proceeding Pro Se. filed this application 28 USC-2254 which held "NCIC Report" showing "No" "aggravated assault" in Pickett v Director TDCJ-CID F. Supp 22. 2010 Defendant's Tommy. L. Skaggs. "Skumbos" at Attorney General's Office Civil Action # 6:10 cv 282 Dec-1-2010. Simple Assault # 30536 was "Altered" Modify by Director Records + Classification Debra. Gibb Dec-29-2003. showing on Record? why wasn't she Question? (What Is A Clerk's) Purpose am Just one in ten thousand in the "STATE of Texas et. al" in February-23-1995 Plead Guilty to Simple Assault #30536 Modify Dec-29-2003 to Aggravated Assault. when Johnson County. Clerk. David. R. Allond added "with a deadly weapon." what the fuck is wrong with "your" government employee's"? Court of Criminal Appeals Austin. Tx Clerk. "Dumass"?. Deana. Williamson WR-62-048-01-02-03 also WR-62-048-04 and now WR-62-048-05 "District Clerk" the clerk "state or federal" Under the federal Rules of appellate Procedure - Court clerk see. Fed. R. App. P. 6(c)(1)(B) See district court under ClERK Violation "Breach of Contract" "again what is your Purpose? you was Personally? assigned to? "Freddie. Monroe. Pickett a/k/a. Freddy. Monroe. Pickett"? I know the Answer? through the Holy Ghost. whats your answer in your administration?

F.M.P

The Judicial Misconduct on Defendants and Judge Terry R. Mean's Conspiracy Breach of Contract Fraud a Peace of Popoo a Peace of Popoo. Neither smell's any better Defendants or on Terry R. Means T.m.P Pickett v Slawson F. Supp. 2d (2008) Aug-28-2008 CV - # 4:08-cv-067-Y Defendant really go to Collapse for law?

Breach of Contract "(1) whether a cause of action ever exists when, as yet. there has been failure to carry out an immedite duty of Judge's / clerks / Defendants for STATE OF Texas et. al In 4:08-cv-067-Y / 4:08-cv-708-Y / 4:08-cv-594-Y / all this relates to NTX # 4:22-cv-00154. "Now with Judge Reed Oconner"

Petitioner won docket #09-9767 and (3) three circuit Judge's Order STATE OF Texas et. al Defendant's to correct the Records on "Freddie. m. Pickett a/K/a Freddy. m. Pickett." the simpl Assault 30536 max time was discharge April-12-2003, the sentence was imposed online with "NCIC report" in Violation of the Constitution or laws when over 200 two hundred government employee's. the court's state a federal was without Jurisdiction to impose falsely imprisonment of Freddy. Monroe. Pickett TDCJ # ID-904639 You call this "Organized Criminal Activity" by Government employee's of the STATE OF Texas et. al. their POOR - Performance on the case's above. with (13) more STATE and OR federal Court "Conspiracy" on mentaly Retarded People in the STATE OF Texas. et. al. (2)

(2) what kind of relief is available when a cause of action admittedly exists: to stop the Cover-up on Freddie. Monroe. Pickett # 02249871; (3) whether, when the Contract is one in which the Performance Called for by its terms is not to be rendered all at once. a Partial though substantial breach is. Violation of Petitioner Constitution Rights for Purposes of remedy. to be treated as the equivalent of a breach of the whole contract in 4:22-cv-154 and all the other's on Page (2) two. thus giving the Promisee. if Petitioner "elects to sue for damage 325 million from STATE OF Texas et. al for breach of Contract the right to recover. in one action. Protective as well as actual losses: or whether each new failure to Perform. as the later Performances come due. is to be treated as the basis of a new distinct cause of action" Thank You "Mr Jeff. Key"

"Grover C. Grismore. Principles of the Law of Contracts § 181 - at 276 (John Edward Murray Jr. ed. 1965).

What Crown do You stand on Deputy Clerk. Melissa. Shanklin?

STATE OF Texas et. al Government Employee's "Modify" altered CR: 30536 - CR: 130536 other STATE and Federal Courts tryed to Cover up Computer Matching and Privacy Protection Act 1988. software owner's STATE OF Texas et. al 17 usc. § 109.

Date: Thur 26th May - 2022. Sincerely: Freddie Monroe Pickett

#. 3

(our God has one hell of sense of hummer)

Freddie. Monroe. Pickett
TDCJ-ID #02249871
Fort Stockton Unit
1536 East IH 10
Fort Stockton Tx 79735-9657

MIDLAND / ODESSA TX 797 2 L 24 MAY 2022 PM

FOREVER / USA

X-RAY

To: United State District Court Clerk on 4:22-cv-154
501 West Tenth Street Room 310
Fort Worth Tx ~~760~~ 76102

NORTHERN DIST. OF TX FORT WORTH DIVISION RECEIVED

2022 MAY 26 AM 10:53

DEPUTY CLERK

761023$9759

PRIVILEGED OFFENDER MAIL NOT INSPECTED BY TEXAS DEPARTMENT OF CRIMINAL JUSTICE - CORRECTIONAL INSTITUTIONS DIVISION