IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| FREDDIE MONORE PICKETT, | § | |
| Plaintiff, | § | |
| VS. | § | Civil Action No. 4:21-cv-154-O |
| STATE OF TEXAS, *et al.*, | § | |
| Defendants. | § | |

## FINAL JUDGMENT

In accordance with the Court's order of dismissal entered this day and Federal Rule of Civil Procedure 58, it is the final judgment of the Court that Freddie Monroe Pickett's complaint is DISMISSED WITHOUT PREJUDICE. *See* FED. R. CIV. P. 58.

**SO ORDERED** this **31st day** of **May, 2022.**

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE